**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND, <br><br> *Plaintiff,* <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, et al., <br><br> *Defendants*. | Civil Action No. 26-2375-ACR |

**PLAINTIFF'S MOTION FOR STAY UNDER 5 U.S.C. § 705
AND FOR A PRELIMINARY INJUNCTION**

Pursuant to 5 U.S.C. § 705 and Federal Rule of Civil Procedure 65, Plaintiff Iranian American Legal Defense Fund (IALDF) hereby moves this Court for a stay of Defendants' policy of sharing the confidential information of Iranian asylum seekers with the Iranian Government. IALDF further requests that the Court issue appropriate injunctive relief requiring Defendants to implement the stay and to take the necessary steps to prevent the removal of any detained individuals whose confidential information has already been shared with the Iranian Government, until those individuals can be identified, provided with notice that their information was shared, and be given the opportunity to reopen their cases and assert a new independent basis for a grant of relief from removal.

In support of this motion, Plaintiff submits the accompanying memorandum, index of exhibits, exhibits, and a proposed order.

At approximately 9am EDT on July 15, 2026, counsel for Plaintiff IALDF emailed the Directors of the Federal Programs Branch of the Department of Justice and the Chief of the Civil

Division of the U.S. Attorney's Office for the District of Columbia to provide them with electronic copies of this motion and the supporting documents before completing this electronic filing.

Dated: July 15, 2026

Respectfully submitted,

*s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar. No. 486293)
Hoyeon Kelly Lew (DC Bar No. 90028415)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
mkirkpatrick@citizen.org
klew@citizen.org

Ali Rahnama (DC Bar No. 1032695)
Bardia Arasteh (pro hac vice forthcoming)
Iranian American Legal Defense Fund
1901 Pennsylvania Ave NW, STE 900
Washington, DC 20006
(202) 339-1255
ali.rahnama@ialdf.org
barasteh@ialdf.org

*Attorneys for Plaintiff Iranian American Legal Defense Fund*