**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>*Defendants*. | Civil Action No. 26-2375-ACR |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR SECTION 705 STAY AND PRELIMINARY INJUNCTION**

| | |
|---|---|
| Ex. 1 | Declaration of Ali Rahnama (Rahnama Decl. A) |
| Ex. 2 | Second Declaration of Ali Rahnama (Rahnama Decl. B) with Attached Exhibits |
| Ex. 3 | Declaration of Cyrus Mehri |
| Ex. 4 | Declaration of Pastor Robak Hoospianmer |
| Ex. 5 | Congressional Research Service, *Iran: Background and Policy* (May 22, 2025) |
| Ex. 6 | U.S. Department of State, "U.S. Relations with Iran" (Apr. 1, 2022) |
| Ex. 7 | N.Y. Times, "Pakistan to Handle Iranian Affairs in U.S." (Mar. 17, 1992) |
| Ex. 8 | U.S. Department of State, Iran 2024 Human Rights Report (Aug. 12, 2025) |
| Ex. 9 | U.N. Human Rights Office, "Iran: UN Experts Demand Transparency and Accountability Following Nationwide Protests" (Feb. 20, 2026) |
| Ex. 10 | Iran Human Rights Monitor, *Monthly Report – June 2026* |
| Ex. 11 | Reuters, "Third Batch of Iranians Deported by US to Return Home" (Jan. 26, 2026) |
| Ex. 12 | N.Y. Times, "U.S. Deports Planeload of Iranians After Deal With Tehran, Officials Say" (Sept. 30, 2025) |
| Ex. 13 | N.Y. Times, "U.S. Deports Second Planeload of Iranians, Officials Say" (Dec. 7, 2025) |