**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND, <br><br> *Plaintiff,* <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, et al., <br><br> *Defendants.* | Civil Action No. 26-2375-ACR |

**SECOND DECLARATION OF ALI RAHNAMA**

I, Ali Rahnama, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct. If called as a witness, I could and would testify as follows.

**Background and Purpose**

1.  I am the Interim Executive Director of the Iranian American Legal Defense Fund (IALDF), a legal-advocacy organization dedicated to defending the civil and human rights of Iranian Americans and Iranian nationals in the United States. I am also a member of IALDF's Board of Directors and counsel of record for Plaintiff in this action. I have direct, personal knowledge of the facts set forth in this declaration, and I am fluent in Persian (Farsi).

2.  I submit this declaration in support of Plaintiff's Motion for a Stay Under 5 U.S.C.§ 705 and for a Preliminary Injunction. Its purpose is to authenticate the declarations attached as Exhibits 2.A through 2.L, to explain how, when, and where IALDF collected them, and to summarize the accounts they contain of the detainees' direct encounters with officials of the Islamic Republic of Iran while in the custody of U.S. Immigration and Customs Enforcement (ICE).

3.  IALDF has been directly involved in monitoring and documenting the treatment of Iranian nationals detained in ICE facilities across the country, and in providing legal-protection

services to those detainees, including confidential intake and screening, connection to counsel, and related support. In that capacity, I have personally visited ICE detention centers in multiple states and have met with individual detainees in person.

**IALDF's Collection of the Attached Declarations**

4.      During these detention visits, when circumstances permit, I collect declarations from detained individuals concerning the facts of their cases, the procedural posture of their immigration proceedings, and the conditions of the detention facilities in which they are held. I conduct these interviews in Persian, which I speak natively, or with the assistance of an interpreter, so that each declarant can understand and respond in a language he or she understands. Beginning in November 2025, in light of what IALDF had learned about Defendants' practice of sharing Iranian asylum seekers' confidential information with, and facilitating access by, officials of the Islamic Republic of Iran, these declarations have also asked about, and recorded, any contact between the detained individual and officials of the Islamic Republic of Iran.

5.      Each declaration attached to this declaration was prepared based on my interview of the declarant, was reviewed with the declarant before signing, and was signed by the declarant under penalty of perjury pursuant to 28 U.S.C. § 1746. Each declarant confirmed that the contents of his or her declaration were true and correct and signed it voluntarily.

6.      The declarants in Exhibits 2.A through 2.L are asylum seekers who fear the government of the Islamic Republic of Iran. Because public disclosure of their identities could expose them, and their family members and associates who remain in Iran, to the very retaliation, persecution, torture, and other harm that this action seeks to prevent, IALDF has redacted each declarant's name and other identifying information and refers to each declarant by initials only. IALDF is prepared to provide complete, unredacted copies of these declarations to the Court for review under seal or in camera upon request.

**The Declarations Describe Direct Encounters with Officials of the Islamic Republic of Iran**

7.      The attached declarations describe a consistent pattern: while these asylum seekers were held in ICE custody, ICE facilitated their contact with officials of the Islamic Republic of

Iran, the same government from which they had fled, and those officials possessed detailed, non-public information about the detainees' identities, immigration proceedings, and asylum claims. I summarize the relevant accounts below.

8. Exhibits 2.A and 2.B (P.M. and S.O., collected at the Eloy Detention Center in December 2025) describe in-person visits inside the facility. Each declarant states that facility staff directed the Iranian detainees to report to a visitation area to meet a visitor described to them as the Iranian "Consul," who was in fact a senior representative of the Islamic Republic of Iran's Interest Section in Washington, D.C. According to the declarations, the official arrived with the detainees' names written down and possessed specific information about their detention status and immigration-court proceedings, and urged the detainees to return to Iran while minimizing the dangers they would face. In the case of Exhibit 2.A, the official told the declarant that her detained husband would be placed on a chartered deportation flight to Iran.

9. Exhibit 2.F (E.R.) describes two forms of compelled contact. In October 2025, while detained, ICE personnel required him to speak, by telephone, with a female representative of the Iranian Interest Section who was aware of his asylum claim and its posture and who urged him to return to Iran; when he refused, he was told that the U.S. would instead remove him to a third country in Africa. He was later transferred to another ICE facility where, on arrival, staff sought to have him meet in person with a representative of the Iranian government.

10. Exhibits 2.G, 2.H, and 2.J (A.M., N.Y., and N.A., collected at the Eloy Detention Center in June 2026) describe that ICE required groups of Iranian detainees to meet in person with a senior official of the Iranian Interest Section, who arrived with a list of the detainees' names, knew the posture of their asylum cases, and urged them to return to Iran, suggesting they would be safe absent judicial proceedings against them! The declarants state that ICE personnel arranged and compelled these meetings.

11. Exhibits 2.C, 2.D, and 2.E (L.V., O.P., and I.T., collected at the El Valle Detention Facility in June 2026) describe the declarants' concern that if the confidential information in their asylum applications, including their identities, religious conversions, political activities,

and the bases of their fear of the Iranian government, was disclosed by U.S. officials to the Islamic Republic of Iran, they fear that disclosure has materially increased the likelihood that they will be detained, interrogated, tortured, or killed if they are to ever be returned to Iran, and it has exposed and endangered their family members and friend who remain in Iran to reprisal.

12.     Exhibit 2.K (R.T.) describes a related form of pressure. R.T. states that although an immigration judge found her testimony credible and she remained eligible to reopen her case, in May 2026, ICE officers brought her and other detainees to an intake area and pressed her to sign what the officers described as deportation papers for removal to a third country (Africa), notwithstanding the ongoing status of her case. According to her declaration, when she refused, ICE officers physically forced her fingerprint onto the document, and ICE then began transferring her toward Louisiana for removal; her removal was halted only after counsel obtained a temporary restraining order.

13.     Exhibit 2.L (C.Y.), a Woman, Life, Freedom protester, describes a coerced telephone call with the Iranian Interest Section. C.Y. states that, in or around December 2025, ICE facility staff brought C.Y. to the telephones in the visitation area for an incoming call and, when C.Y. objected to speaking with a representative of the Iranian government, ICE agent told C.Y. that there was no choice and that C.Y. would not be allowed to return to her housing unit (pod) until the call was answered. According to the declaration, the female Iranian Interest Section representative on the line knew C.Y.'s name and alien registration number and the details of C.Y.'s asylum case—including the basis of her asylum claim, and its procedural posture—and stated that she had C.Y.'s fear-interview transcript and entire case file in hand because ICE had sent it to the Interest Section.

**Authentication of the Exhibits**

14.     Each of the exhibits listed below is a true and correct copy of the declaration collected by IALDF on the date and at the facility indicated. Each declarant's name has been redacted, and each is identified by initials, for the protective reasons stated above:

| Exhibit | Declarant | Date Collected | Detention Facility |
|---------|-----------|----------------|--------------------|
| 2.A | P.M. | December 2, 2025 | Eloy Detention Center, Eloy, Arizona |
| 2.B | S.O. | December 12, 2025 | Eloy Detention Center, Eloy, Arizona |
| 2.C | L.V. | June 14, 2026 | El Valle Detention Facility, Raymondville, Texas |
| 2.D | O.P. | June 14, 2026 | El Valle Detention Facility, Raymondville, Texas |
| 2.E | I.T. | June 14, 2026 | El Valle Detention Facility, Raymondville, Texas |
| 2.F | E.R. | June 18, 2026 | San Luis Regional Detention Center, San Luis, Arizona |
| 2.G | A.M. | June 19, 2026 | Eloy Detention Center, Eloy, Arizona |
| 2.H | N.Y. | June 19, 2026 | Eloy Detention Center, Eloy, Arizona |
| 2.J | N.A. | June 20, 2026 | Eloy Detention Center, Eloy, Arizona |
| 2.K | R.T. | June 20, 2026 | Eloy Detention Center, Eloy, Arizona |
| 2.L | C.Y. | July 14, 2026 | El Valle Detention Facility, Raymondville, Texas |

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on **July 14, 2026**, in Washington, D.C.

**Ali Rahnama**
Interim Executive Director
Iranian American Legal Defense Fund

Second Declaration of Ali Rahnama — Page 5

# EXHIBIT 2.A

# DECLARATION OF ███████████

For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, committees, commissions, or relevant bodies, and other courts in other jurisdictions:

I, ███████████████████████ hereby declare under penalty of perjury that the following statement is true and correct to the best of my knowledge, information, and belief:

## Intro:

I hold a bachelors degree in industrial engineering. I owned a beauty salon in Tehran, and had a very comfortable life.

## Asylum Claim:

Political: I was physically attacked by the ~~███~~ Islamic Republic of Iran's ~~█████~~ agents in February 2023, during a Maksa Amini Protest in Tehran. Before this incident, during 2019 Protests, my car was attacked, all windows broken, by the regime's forces, and car was confiscated.

Later, my popular instagram page was closed and I was taken to Shemiranat for interrogation. ~~███████████~~

Between these two incidents, I have participated in ~~███████████~~ Protests against the regime at least ten times.

Christianity: In 2018, I was introduced to an Armenian Iranian woman, who introduced me to Christianity. She took me to Armenia to be introduced to her church.

In 2023, I was baptized in Istanbul, Turkey. After we went back to Iran, I felt the responsibility of inviting others to my faith.

In early summer 2024, I was stopped by Basij with my husband, ███████ for my lack of hisab. My phone being in my husband's backpack was confiscated along with my husband. After being beaten and threatened for over two hours, ~~███████~~ he was released but not before forcing us to open the phone. I had stored all the information, images, and videos about our protests, opposition to Islam, my christian faith, and my invitation of others to join my faith.



▮▮ Our ▮▮ apartment was searched soon after and my husband and I ran away to Brazil, leaving Iran behind.

I was threatened for my life along with my husband's, Sexually Abused, and detained by the cartels at gun point in South ▮▮ America and Mexico.

I also became heavily sick with pneumonia in Mexico.

We were forced to cross the United States border fearing for our lives and were taken into custody by CBP.

## Case Status:

I passed the credible fear interview and was given a court hearing date of September ▮▮, 2025. The Judge has denied my asylum claim, denied withholding of removal under INA 241 (b) (3) and denied withholding of removal under CAT.

In his order, my Judge has provided no explanation, and has just mentioned his denials. I ▮▮ have appealed this decision on ▮▮ Our ▮ 2025 Solely basing my appeal grounds on the matters that I imagined the Judge might have taken issue with, basically repeating my claims.

## Due Process Concerns:

1. Judge: In the beginning of my hearing, Judge ▮▮▮▮ started by attacking my lawyer for his neglects in every case brought to ▮▮▮ the Judge's court by him: screaming, reprimanding, angrily stating, why do you submit everything last minute. The Judge stated that he is not going to consider anything submitted late. This is despite the fact that I had given these documents months before to my lawyer. My attorney sat down fidgety and nervous, and almost didn't participate in the hearing anymore. Seeing this situation, my head became foggy, seeing ▮▮▮ such a powerful man taking over me, it reincarnated my dad's memory beating me.

The Judge also had strong biases against me, as he and the DHS attorney were there to get me and deny my claims rather than hearing my case.





The Judge ██████ started by saying my testimony during the court will be the only thing he would consider, after having beaten down my lawyer and demoralized me, triggering my ACE-related trauma.

One of his serious questions was about Marian who invited me to Christianity and why she wasn't tortured. I explained that I was identified by the regime not her. That was not enough for him as an explanation. I told him that the authorities searched my father in-law's house looking for me, and even asked for me. His response was, why ████ is it that your father in-law was not tortured. Seeing this, I became sure that my fate was already chosen, before I had even entered the courtroom.



When I told him, I was sentenced to prison in Iran, he told me, you will only go to prison in Iran ████████████ for a few years and be released afterwards. I mentioned that I will be tortured in prison in Iran. He said, not every prison in Iran does torture. ████████████████████ And so he ordered without explanation.



**Fears of Going Back:**

If I go back to Iran, I will be imprisoned, and will be tortured to give the names of the people I was in Church with, and might be hanged with the charge of apostacy for changing my religion, and espionage for foreign governments for taking videos and images of protests.

**Interference by Iranian Government Representative in U.S. Detention:**

While detained, I experienced direct contact with representative of the Islamic Republic of Iran, which caused extreme fear and represents a grave security incident.

One day, facility managers told us, Iranian detainees — including me — had to report for a visit from the Iranian "Consul". Present were mys███████████████, and several Iranian men. Later, ███████████ ██ ██ ████ were taken to meet him as well.

██ The official was Mr. ████████████ from the Interests Section of the Islamic Republic of Iran in Washington, D.C.

When he entered, he had our names written down and possessed specific information about our detention status and court proceedings.



When we saw him I felt ▮▮▮▮ cold; he looked like the regime guys, with that specific collar they wear, his demeanor, and the uncleaned soulless face. His appearance was identical to security/intelligence agents I have encountered in Iran ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Seeing him caused a physical reaction of fear and cold shock, because it reminded me of officers involved in repression in Iran.

In the beginning, some left as they saw him. Then I told him to leave us alone, he replied that nothing would happen to us. I sarcastically asked if "there are no more hijab problems now?" He replied that "even in the U.S., if you are political, the same things can happen to you," clearly implying arrest, detention, and persecution — which is what the Iranian Regime does. I told him that in Iran, you do not have to choose politics; "your daily life becomes political." I gave examples such as Aban 1398, where ordinary people rose up because of extreme economic pressure and were met with violence or even when we just went to the funeral of the people killed by the regime to pay respects.

He encouraged us to return to the Islamic Republic of Iran. Upfront, I told him to distinguish between Iran and the Islamic Republic. I said, I can't go back. The regime is the issue. I made clear that I only came to meet him because I thought he was an Iranian individual, not a regime representative.

When he came in, he had our names and A-numbers jotted down. He had specific info about our status and court details.



I asked him whether my husband was on a deportation ▓▓▓▓ list. He said when the U.S. wants to deport people, they give us information and confer with us, and if Iran agrees, then it happens. I asked ▓▓▓ them to check notes and saw that ▓▓▓ ▓▓▓, my husband, will be on the removal flight to Iran on December 7, 2025. His life is in serious peril. His knowledge of internal ICE scheduling was extremely disturbing and suggests improper communication between U.S. authorities and a foreign government known for torture.

At the end, we realized this is a mockery, as he even said there will be no problem for you because hijab is freed now. So we left and went back to our pod.

fear of Return for my husband, ██████ As I mentioned before the representative of the Islamic Republic of Iran's, interest section told me, which was confirmed by the ICE officer at the scene, that my husband will be deported on December 7th 2.25 on a new flight that will take Iranian detainees to Iran by a chartered flight. my husband, similar to me, will be subject to interrogation, torture, imprisonment, and possibly hanged for apostacy, for his change of religion to christianity and also for inviting other muslims to christianity, and for claiming asylum in the U.S, information of which were all shared by the U.S goverment with the Iranian Regime. this is in addition to his political activities for which he has been bodily harmed.

**Declaration**

I declare under penalty of perjury under the laws of the United States of America, and for all relevant international bodies, that the foregoing is true and correct.

Executed on: 12,2,2.25

Location: ████ Dention Center



Signature:

⑧

# EXHIBIT 2.B

# DECLARATION OF █████████████

For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, committees, commissions, or relevant bodies, and other courts in other jurisdictions:

I, █████████████████████████ ), hereby declare under penalty of perjury that the following statement is true and correct to the best of my knowledge, information, and belief:

## Introduction:

I hold a bachelor degree in English literature. I started my master's degree in linguistics in state University, but was expelled due to improper hijab. Then I went to a private university and studied English teaching. I had worked since I was 19. I was a private English teacher, and the last two years of my presence in Iran, I had a dance and yoga studio. I made a good amount of money, more than my peers, and lived comfortably. I had a very close relationship with my parents and lived with them. It pains me the most to have had to leave them.

## Basis for Asylum Claim:

Political: I have been a protestor of the regime increasingly since I was 18. As my brother was an active student protestor, I was also drawn into these activities. I have been beaten, shot at by rubber bullets during the Mahsa Amini protests. I was detained for 3 days in Sep 2023 for my protests and my studio's instagram page which was full of yoga and dance videos that were against Sharia Laws. The story of my detainment starts with that. I was

①

stopped on the streets by the Regime Agents, a car cut my car off and when I stopped, two agents got in my car with their guns drawn and they took me. I was in solitary for 3 days in the notorious, "Pelak_e_100" in Shiraz, Iran. After I was released, I was followed by the agents and received calls from the agents by blocked numbers. I was forced into hiding and my bank accounts was closed and my ID card usage was blocked in the government system. I decided to run away to Venezuella. In South America and Central America, I was abused sexually by the police, Cartel, and traffickers, but I was able to get myself to Mexico. In Mexico, I was robbed, threatened, and sexually assaulted and I decided to get myself to the U.S to save my life. I was also heavily sick when I entered the U.S, and was taken to hospital right away.

Status of Case:

I entered the U.S on March █ 2025. I was sent to St. Luis to federal court for crossing the border illegaly. The judge dismissed the case. Then I was brought back to Yuma. I was interviewed for CAT on march 24th which was received positive. My first court hearing was on █ Apr. 2025.

█ ②

I had asked for medical parole in May which is still pending. The judge, █████████ issued his order on Aug 15th, 2025 and my asylum case was denied pursuant to CLP rule. He found my evidence and testimony credible and persuasive. The judge approved withholding of removal for me. Since then I have filed motion to reconsider which was denied, and my bond request to be released was denied.

Specific Fears of Going Back:

I will be interrogated, tortured (as I have already been), detained I already have two-year sentenced and probably hanged for my political activity and atheism.

Iranian Embassy Information:
One day, without explanation, facility administrators instructed several Iranian detainees including myself to gather in the visitation area. They told us we had a visit from the Iranian Consule". The official was █████████ a representative of the Interests Section of the Islamic Republic of Iran in Washington, D.C. Immediate fear spread among us. Many of us fled Iran to escape repression, political persecution, or religious harassment. His presence inside a U.S detention facility

███ ③

was terrifying. He looked exactly like regime intelligence operative - stiff posture, harsh facial expression, and the same type of shirt collar and unkempt style associated with IRGC or ministry of Intelligence agents. The moment I saw him, I felt cold and sick. Others reacted the same way. He had our names written down and had specific, detailed knowledge about our immigration cases. When one of the detainees told him to leave us alone, he replied that "nothing will happen to you." When asked about hijab enforcement, he sarcastically commented, implying that political protests can cause persecution even in the U.S. He told us that the regime is different now and encouraged us to return to Iran, minimizing the real dangers people face. When detainees corrected him - distinguishing between Iran and the Islamic Republic - he ignored the distinction. During the meeting he handed me his business card and in front of him I wrote the word "blood washer" and showed to him. I have kept the card which is attached here.

(4)

**Declaration**

I declare under penalty of perjury under the laws of the United States of America, and for all relevant international bodies, that the foregoing is true and correct.

Executed on: 12, 2, 2025
Location: ██████ Detention Center

**Signature:** ██████████████

# EXHIBIT 2.C

**DECLARATION OF** ███████████████

For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction

My Name is ████████████████ (A# ██████████). I am over 18 years of age and competent to make this declaration. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information and belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Introduction:

I was born on April 12, 1990. ██████ I am educated and had worked as technician of ATM machines and later own a company providing these services. I made a reasonable income and could have had a comfortable and productive life in Iran, if the regime didn't pose a threat to my life, forcing me to flee.

Status of case:

I am a christion convert. my brother is a pastor of Iranian church in istanbul. I was baptised in Turkey ██████ and since then I promoted christianity in Iran until I was ████████ found out about by the regime. about 10 months before my escape, I had moved our underground church's place of meeting to my own apartment. I was captured and interogated by the IRGC intelligence for my activities as a christian. the beating and torchures I have endured are still causing me serious medical issues here in detention, indeed multiplied by my

①

prolonged detention and condition.

**Fear of Going Back:**

I have serious fear of being sent back to Iran. That would be my death sentence. I fear that I would be executed, tortured, and seriously harmed. at least two members of my church have been arrested and torchored as far as I know. Since my detention I don't have updated ^confirmed news about their situation but I fear the worst for at least one of them.

**Fear of Disclosure of Asylum Information to the Government of Iran:**

In connection with my immigration case, I have disclosed detailed information about my identity, family, opinions, religion, activities, and the reason I fear the Government of the Islamic regime in Iran.

I am currently an applicant for asylum and my case remains pending in appeals process befor BIA. In the course of my application ^and claim process, I disclosed detailed information mentioned above in

②

reliance on the U.S. government's binding assurance that these information would not be shared with the Iranian regime or its agents. I have been informed that information from my asylum application and detention records may have been disclosed by US ICE to the government of Iran or to the Iranian Interest Section in washington, DC.

If the Iranian authorities have learned that I applied for asylum, and what I stated in support of my claim, I now face a new and independent danger that didn't exist before the disclosure; I have been identified to the very dangerous regime I accuse of persecution AF and putting my family and friend and christian brothers and sisters plus myself in serious jeopordy.

③

Detention Condition in El Valle:

water here smells very bad. our bodies are always itchy. I have been taking anti biotics and my itching has gone away, which is a sign of How bad the water is. we all have red dots on our skin, that one has also gone away on my body after I started anti-biotics.

the dental care here is unbelievably dangerous. any happening with teeth, they only extract. the doctors have already extracted three of my teeth and have told me with extract another three when my anti biotics are over. I have always taken care of my teeth and visited dentists periodically my whole life.

I have sciatica issues due the tortures in Iran, and exacerbated by my ▮▮▮ back problems and the orthopedic doctor here whom I visited have ordered MRI two times and ICE refused. I am scared of being disabled ▮▮▮ in my left Leg.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, under the laws of the United States of America, and for all relevant international bodies and courts of competent jurisdiction, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: _____ 6/14/26 _____

Location: _____ GC Valle Detention Facility

Signature ████████████████████████████

# EXHIBIT 2.D

## DECLARATION OF ███████████

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

My Name is ████████████████ (A# ███████████). I am over 18 years of age and competent to make this declaration. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information and belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Introduction:

I was born on 08/31/1988. I earned my bachelor of law from Sari University and have a degree in directing/Acting. I have been a woman's rights activitist from a young age.

Basis for Asylum claim:

My asylum claim in the U.S. has three basis; Political, religious, and Part of Persecuted group. I have been a writer, actor, and director in many Plays. as a result of one at these plays around 10 years ago, which I was taken to court and receive 5 years of suspension of all activities. basically the Court ordered that I cannot legally work for 5 years. after about 8-9 years I restarted my work and, was again summoned for a play I wrote and acted in. with a coworker who disappeared which caused my fear and as a result I ran away from Iran. ███████ Ⓛ

I grew up in a family with my mom and sister believing in christ, changed their religion about years ago, and I have believed in christ since I was a child and was not able to believe in islam since I have known myself. I was baptised in Turkey about 4 years ago.

the reason I was summoned and forgetted again by the regime was the fact that the play I wrote and acted in was about a woman who has changed her religion.

My brother was arrested in 2009 during the green movement protests and imprisoned and tortured for 5 years. after his released he burned himself alive in protest to the regime's cruelty and his demand for freedom.

## Fear of Going Back:

I am afraid that if I am sent back to Iran, I will be tortured or killed. I believe I would be picked up in the airport and will never be able to see light of day again.

(2)

## Disclosure of Information to the Government of Iran:

I am currently an applicant for asylum, withholding of removal, and protection unthe the Convention Against Torture, and my case remains pending on appeal before BIA.

In Connection with my immigration case, I disclosed detailed information about my identity, family, political opinion, religion, and the reason I fear the Government of the Islamic Republic of Iran. I did share all that information in reliance on the U.S government's duty to follow its law and assurances that this information would not be shared with the Iranian regim or its agents.

I have been informed that information from my asylum application and detention records might have been disclosed by the US government to the government of Iran, its agents, or to the Iranian Interes Section in washington.

(3)

if the Iranian authorities have learned that I have applied for asylum in the US, and the Information I have submitted in support of my claim, I now face a new and independent danger that did not exist before the disclosure.

the disclosure has materially increased the likelihood that I will be detained, interrogated, tortured, or killed if I am to ever be returned to Iran, and it has exposed and endangered my family members and friend who remain in Iran to reprisal.

Because this danger arises from the US. Gov.'s own conduct while my case is still pending, it is directly relevant to my claim, supports an independent basis for protection, and must be considered in adjudicating my case

(4)

Detention Condition:
Medical:
two months after my detention, my period stopped.
going to medical, after a while they told me it's
because of stress, so wait. after a year in
detention, I have been complaining to all the
authorities here, and I still hear that they
will take me to see a doctor. this is a very
serious women's health issue that could cause
me to never have children. Also there is an opening
and big inflamation under my toung that after
months of waiting, I saw a specialist, I was told
I am in need of sorgery right away but ICE
gives me no answer after a few months.

water is not drinkeable, it smells and tastes
very bad. we have a few detainees have
ticks and no one is taking them to take
care of it.

⑤

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, under the laws of the United States of America, and for all relevant international bodies and courts of competent jurisdiction, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: 14 / June 2.26

Location: El Valle Detintion Facility

Signature:



# EXHIBIT 2.E

## DECLARATION OF ██████████

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

My Name is ██████████ (A# ██████████). I am over 18 years of age and competent to make this declaration. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information and belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

### Introduction:

I was born 12/09/1991. I hold bachelors degree in accounting and an MBA from Tehran University. I worked as a salesmanager at a paper and board sheets company. I lived comfortably and had a good income in Iran, I wouldn't leave Iran if my my was not threatend by the Iranian regime.

### Status of Case:

the basis of my asylum claim is both Politicals as a Participant in woman, life, freedom movement and a christian convert who attended St. Mary Assyrian ~~ school throughout my k-12 years. ~~ I was arrested for carrying bibles in my mothers checked. ██ car and my phone ~~~~. this led to #arrest of two of my friends who have turned their appartment into

██ ①

home church, after that I ran away from Iran. Since then, my hous was Searched and my laptop and documents Confiscated by the Iranian regime and I have been Sentenced 25 years ~~and~~ in prison and lashes.

~~issue~~ ▮ ~~asylum~~. I entered the U.S. on April 8, 2025 and have been in detention Since

## Fears of Going Back:

I fear that if I am returned to Iran, I would be killed, definitely lashed and imprisoned for 25 years, and tortured. the regime has already clearly ordered me to torture and lashes.

## Disclosure of Information to the Government of Iran

I am currently an applicant for asylum, withholding of removal, and protection under the Convention Against Torture, based on very real fear of execution & torture based on my Political activity against the Iranian regime and my Conversion to christianity.

▮ ②

In connection with my immigration case and asylum applications, I have disclosed detailed information about my identity, family, friends, political opinion, religion, activities, and the reasons I fear the Government of the Islamic Republic of Iran. I have shared all that information in reliance on the obligations of the U.S. gov to follow privacy laws and its binding assurance that this information would not be shared with the Iranian regime or its agents. ~~whose~~

I have been informed that information from asylum application and detention records may have ~~has~~ been, disclosed by U.S. ICE or U.S. government to the government of Iran or its agents, or Iranian Interest Section in Washington D.C. If Iranian authorities have learned that I have arrived in the U.S. applying for asylum, and what I have stated in support of my claim, I now face a new and independent danger that did not exist before the disclosure. I have been identified to the very government I fled from and sought protection against. ③

this disclosure has materially increased the likelihood that I will be also interrogated, tortured, or killed if I am ever returned to Iran, and worse, it has exposed my family members and friends and collegues who remain in Iran to serious danger and reprisal.

Because this danger arises from the U.S. gov's own conduct, while my case is still pending, it is directly relevant to my claims, supports an independent (sur plus) basis for protection, and must be considered in adjudicating my case.



(4)

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, under the laws of the United States of America, and for all relevant international bodies and courts of competent jurisdiction, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: _june, 14, 2026_

Location: _El valle Detention center_

Signature: _███████████████_