# EXHIBIT 2.F

**DECLARATION OF** ███████████

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

My Name is ███████████ (A# ███████████). I am over 18 years of age and competent to make this declaration. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information and belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

<u>Introduction:</u>

I was born on 06/10/1996. I worked as a children clothing sales Person in Iran.

<u>Status of Case:</u>

I am a christian Convert from Islam. I lived in Turkey ███ and was baptized in 2017 in ███ Turkiye. I Volunteered in my local church and invited others to christianity while in Turkiye.

I moved back to Iran in 2022 due to visa expiration. In Iran, I invited people to christianity, evangelizing. These invitations happened online and also on the streets discreetly. I spent a part of my income for these efforts ███ due to my deep devotion to christ and his way.

███ . ①

At the end of Summer of 2024, I was stopped by the Iranian police for speaking to a girl in a Public park and my phone was searched. it revealed my pictures in church and my identity as a christian. I was beaten up heavily as an infidel, but before being arrested I was able to fight my way out of the Situation, plus the crowd that gathered due to the Scene ~~made it hard for~~ the police. I ran away and was taken to a local clinic and hospitilized under the story of being robbed.

when I ran away from this small city/Town in SW Iran, I went back to my parents house but told them I was in an accident. I was always scared of my dad. he is a religious zealot and growing up beat me for not Praying according to Islam.

on Dec 28, my mom discovered my ~~medical~~ clinic records and figured that I have lied to them. My dad checked with a friend's of his who worked in the judiciary to see if Something happened that they know about. My dad's friend responded that they are in the Process of getting an arrest warrant against me without any further explanation. (2)

tats when I realized that I might have been identified by the government. ▮ I reached out to my christian admin folks and realized that many have been arrested, and I was told to leave Iran immediately.

On Jan 2, 2025 I left Iran. A few days after I left Iran, our home was raided looking ▮ for me. that is when the officers told my dad that I am a dirty christian, and he realized that I have converted to christianity. My dad has also threatend my life for my faith. our home was under surveilance afterwards.

Fear of Being Sent to Iran:

If I am Sent back to Iran, I fear I will be tortured or killed by my dad and the Iranian regime.



③

## Disclosure of Asylum Information to the Iranian Regime:

I am currently an applicant for asylum, withholding of removal, and Protection Under Convention Against Torture and my case remains pending before the Immigration Court.

In connection with my immigration case, I disclosed detailed information about my identity, family, friends, Political opinion, religion, and reasons for which I Fear the government of the Islamic Republic of Iran. I Provided these information in reliance on the confidentiality Protections of the U.S. and International laws and norms, and my reliance on the U.S. Government's assurances that this information would not be shared with the Iranian Regime.

In OCT 2025, while in detention, I was taken by ICE to a phone booth and forced to speak with the a representative of the Iranian regime from the Iranian Interest Section. the Iran regime agent knew about my asylum claim and where I was in the my asylum process. she told me

④

that my asylum case has been denied and that I should go back to Iran. I told her that I am a christian convert and have ~~[redacted]~~ a judicial case against me in Iran that her regime is pursuing against me. She told me that she doesn't care and that I should go back, and if I dont voluntarily go back, the U.S. will send me to Africa.

About three weeks after this call, ICE rounded up all Iranians in this detention facility, if I remember right six men and three woman, and transfered us to otay Mesa Detention facility. ~~[redacted]~~ when we got there, they told us we are meeting with a representative of the Iranian regime. I strongly refused ~~and~~ there and didn't go to the meeting. I was transfered back to San Luiz Detention Facility again and have been detained ~~[redacted]~~ here.

(5)

Now that the information about my asylum claim and detention records have been disclosed by ICE to the Iranian regime, I face a new and independent lethal risk and danger that did not exist in the same way befor the disclosure: I have been identified to the very govenment I ran away from for my life. this disclosure has materially encreased the likelihood that I will be detained, interrogated, tortured, or killed if I am ever returned to Iran, and it has exposed my acquaintances and brothers and sisters in christ, who remain in Irain to reprisal. Because this danger arises from the U.S. Governments' own conduct while my case is still pending, it is directly relevant to my claims, support an independent basis for protection, and must be considered in adjudicating my case.

6

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, under the laws of the United States of America, and for all relevant international bodies and courts of competent jurisdiction, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: ___06/18/2026_____

Location: ___████████████████████

Signature: ___███████████████

# EXHIBIT 2.G

## DECLARATION OF ████████████

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

My Name is ████████████ (A# ████████). I am over 18 years of age and competent to make this declaration. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information and belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Introduction:

I was born on 06/26/1984. I have a bachelor and masters degree in accounting. I worked as an accountant for over two decades, with a descent life, and would have stayed if it wasn't for the threat to my life by the regime.

Basis for Asylum claim:

I am a christian convert from islam. I was baptised in 2011 and was part of an underground church ~~████~~ due to my belif, I was captured and sentenced to 80 lashes in 2023 which was temporarily suspended.

I was fired from my job with the pressure of the Iranian regime and forced to sell merchandise on the streets.

①

In fall of 2024, My apartment was raided and all of my notes, bibles, and and electronics confiscated. ~~I saw~~ I ran away from Iran about a week before ~~from~~ my court date on Dec 19, 2024.

Fear of Going Back:

If I am sent back to Iran, I would be imprisoned, tortured, or killed due to my faith and activities.

Disclosure of Information to the Government of Iran:

I am currently an applicant for asylum, withholding of removal, and protection under the Convention Against Torture, and my case remain pending on appeal befor BIA.

In connection with my immigration case, I disclosed detailed information about my identity, family, political opinion, religion, and the reasons I fear the Government of the Islamic Republic of Iran. I shared all of that information in reliance on the confidentiality Protection of the U.S. and International laws and norms, and my reliance on the U.S. Government's

assurances that this information would not be shared with the Iranian Regime.

In about begining of November, end of october, 2025 I was called by ICE along with other Iranian detainees, to go to the North Visiting section, and forced to meet with the Director of the Iranian Interest Section, ████████

we were about 7men, and 6 or 7 women detainees in the meeting.

he was trying to convince us to go back to Iran. he had a list of our names, and knew where we are in our asylum pocess. he said we should be ok to go back unless there is a judicial proceeding against us. I asked ICE to take me back to my Pod and left the meeting. when I saw him I was disJusted with the U.S. governmunt by forcing us to meet the Agents of the regime which I told my Pod manajer.

Now that the information about my asylum claim and detention records have been disclosed by ICE to the Iranian regime, I face anew and Independent lethal risk ████████

③

and danger that didn't exist in the same way before the disclosure: I have been identified to the very government I ran away from for my life by the U.S. government.

This disclosure has materially increased the likelihood that I will be detained, interogated, tortured, or killed if I am to ever be returned to Iran, and it has exposed my acquaintances and family who remain in Iran to reprisal.

Because this danger arises from the U.S. Gov's own conduct while my case is pending, ~~████~~ ██ it supports an independent basis for protection, and must be considered in adjudicating my case.

Condition of facility:

water: A detainee was sick and ~~was~~ diagnosed with stomach worms due to water. Since then we don't drink from the fountain, and melt the ICE they give us which is very little. the ICE maker has a filter at least, that is why we trust it.

I have developed diabetes, cholestrol, hypertion, stomach acid issues, anxiety and ~~████~~ heart palpitation, and depression. ██

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, under the laws of the United States of America, and for all relevant international bodies and courts of competent jurisdiction, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: ___06.19.2026___

Location: ___Elay Detention Center___

Signature: █████████████████

⑤

# EXHIBIT 2.H

## DECLARATION OF ███████

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

My Name is ███████ ███████  (A# ███████ ). I am over 18 years of age and competent to make this declaration. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information and belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Introduction:

I was born on 08/19/1991. I have a bachelors degree in Architectural Technology and was in the process of my master's degree that I ran away for my life from Iran and I was expelled from the University for my religios activities and belief. Before leaving Iran I made a very comfortable living and would have stayed if my life was not in danger.

Basis for Asylum claim:

I am a christian Convert from Islam and ran away from the Iranian regime. when my house was raided by the regimpolice, they found bibles in my house. my wife and I were very active for women's right.

①

Fear of Going Back.

If I am sent to Iran, I would be tortured, executed, or interrogated for my christian faith and conversion from Islam.

Disclosure of Information to the Government of Iran

I am currently an applicant for asylum, withholding of removal, and protection under the Convention Against Torture, and my case remain pending on appeal before BIA.

In connection with my immigration case, I disclosed detailed information about my identity, family, political opinion, religion, and the reasons I fear the Government of the Islamic Republic of Iran. I shared all of that information in reliance on the U.S. Government's duty to follow its laws and international law, and its assurances that this information would not be shared with the Iranian Regime.

In around end of oct 2025, ^(or ealy Nov) about a month before my final hearing with the immigration court, I along with other Iranian detainees were forced into a general meeting by ICE to meet the Director of Iranian Interest section in Washington, ██████. This happened without any knowledge. ██

②

he came to the meeting at the several meeting area of our detention center to convince us to go back to Iran. He said he knows about our cases and that the U.S. will keep you in a dongon or send you to Africa. He said unless you have an open political case in Iran, you should be fine. I left the room asking ICE to take me back to my Pod.

Now that the information about my asylum claim and detention records have been disclosed by ICE to the Iranian regime, I face a new and independent lethal risk and danger that did not exist in the same way befor the disclosure: I have been identified to the very government I ran away from for my life.

this disclosure has materially increased the chances that I will be detained, interrogated, tortured, or killed if I am to ever be returned to Iran, and it has exposed my acquaintances and family who remain in Iran to reprisal.

③

Because this danger arises from the U.S. Gov's own conduct while my case, support an independent basis for protection, and must be considered in adjudicating my case.

## Condition of Facility

the water and food here are very low quality. we can't drink the water and we melt the ICE we get.

the medical help is almost non-existent.

(4)

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, under the laws of the United States of America, and for all relevant international bodies and courts of competent jurisdiction, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: _6/19/26_____

Location: _Eloy Detention Center_

Signature: _███████████_____

# EXHIBIT 2.J

## DECLARATION OF ████████████

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

My Name is ████████████ (A# ██████████), I am over 18 years of age and competent to make this declaration. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information and belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Introduction:

I was born 11/07/2002. I was a psychology student at the time I was forced to flee Iran for the danger to my life.

Basis For my Asylum Claim:

I am a christian Convert from Islam and was baptized in Iran before ~~that, I was asked by~~ starting my bachelors degree. As a student, I was always questioning my religious study Professors, and was scolded for it many times. In 2024, I was called to the office of the cultural and operational dean of my University to discuss my issues in these classes. At the meeting, he threaned me and held my body, put his hand on my mouth to rape me. right before he could force himself on me, I was able to push him back and run away. I pressed charges with my dad against him but they took me to detention pressuring me to drop the case otherwise they would press charges against me, during this I was also tortured.

①

Legal battle, they raided my house and found bible in my room, which they added to press charges against me.

I left Iran right after they raided my house to safety. Since then, I have been tried in absentia for apostacy and sentenced to prison in Iran.

## Fear of Going Back to Iran:

If I am to be sent back to Iran, I already have a Prolonged Sentence against me, and also afraid to be interrogated, tortured, and killed, and worst of all raped.

## Disclosure of Information to the Government of Iran:

I am currently an applicant for asylum, withholding of removal, and protection under the Convention Against Torture, and my case remain pending on appeal befor BIA.

In Connection with my immigration case, I disclosed detailed information about my identity, family, political opinion, religion, and the reasons I fear the Government of the Islamic Republic of Iran. I shared all of that information in reliance on the confidentiality protections of the U.S.

②

and International laws and norms, and my reliance on the U.S. Government's assurances that this information would not be shared with the Iranian Regime.

At the end of 2025, I was called by ICE to go North visit. I was forced, along with other Iranian detainees to meet with the Director of the Iranian Interest Section, Mr. Mehrabadi.

he was here to convince us to go back to Iran. he had a list of all of our names, he even called on two of the detainees who hadn't showed up! After listening to him, ██ for about ██ 30-40 min, I asked the officers ██ to take me back. there was an ICE officer with him and when one of the female detainees ask about her husband in a different facility, Mr. Mehrabadi asked the ICE officer to get information about him and where he is in his case as an asylum seeker. the ICE officer shared that information with Mr. Mehrabadi on the spot.

██ ③

Now that the information about my asylum claim and detention records have been disclosed by ICE to the murderous regime in Iran, I now face a new and independent risk of torture or persecution and danger. ~~[redacted]~~

this Disclosure has materially increased the likelihood that I will be detained, interogated, tortured, or killed if I am to ever be returned to Iran, and it has exposed my acquaintances and family who remain in Iran to reprisal.

Because this danger arises from the U.S. Gov's own conduct while my case is pending, it supports an independent basis for protection and must be considered in adjudicating my case.

Condition of facility: here we have serious medical and dental neglect, and my tooth pain and stomach pain has been gone uncared for for almost a year.

④

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, under the laws of the United States of America, and for all relevant international bodies and courts of competent jurisdiction, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: _06/20/2026_

Location: _El oy Detention facility_

Signature: ███████████████████████

# EXHIBIT 2.K

## DECLARATION OF ██████████

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

My Name is ██████████ (A# ██████████). I am over 18 years of age and competent to make this declaration. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information and belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Introduction:

I was born 11/28/1996. I was an IT student but left Iran to save my life before getting my bachelor degree. I worked as Arabic interpreter in hospitals and made a comfortable income, and would have never left my home and family behind if it wasn't to save my life from the Iranian regime.

Basis For Asylum Claim:

I am a christian Convert. After the government suspected me, they raided our home and found bible and our christian notes. I left Iran with my husband but our family home was raided looking for us.

Fear of Going Back:

I am afraid that I would be tortured or killed if I am ever to be returned to Iran.

ICE forced fingerprinting Incident:

I have been in detention since 23 Feb 2025, and received withholding of removal. the judge in his order to deny my asylum ███ writes that he believes me and finds my story credible, but denies █████ granting asylum status due to CLP Rule.

the CLP rule has been invalidated on May 7, 2026, creating a cause of action for me to reopen my asylum claim and receive full protection. ~~process~~ ███ I was in the process ████ to reopen my case with my attorney that ICE tried to take away that right by deporting me to Africa.

on May 31, 2026, I was called in to meet with two ICE officer around 11:30 pm. They took me into ~~█████~~ a meeting intake area with two other detainees, one of them named Lady. they were both deported. ~~████████~~ In the meeting area, it was me, two other detainees, two ICE officers, and two intake officers. in the middle of the area they took me to a table, ~~█████~~ me and the two ICE officers were standing around the table, they had a few ~~██~~ pieces of papers and asked me to sign them. I asked the two ICE officers, what these papers are. one of them responded that these are your deportation papers. he said that you would be deported to Africa.

②

then I said I refuse to sign. then he said, then ~~put~~ put your finger print ~~~~ on the document. I said I won't. he said you have to. I said you can't force me to do it, I refuse. He responded that " I will ~~force~~ force you, this is my job." I said you can't. ~~He~~ responded that do you under stand what ~~~~ the word ~~for~~ force mean? I said I understand but you can't force me, I will tell my lawyer. He left me and said he needs to talk to his boss. He called his boss on his cellphone. on the call he told the other side the she is refusing, can I force her? when he heard the response, he hung up and walked to me. he took his handcuff off ~~~~ turned my right hand and then left and ~~cuffed~~ me. ~~~~ then he asked the other officer to bring the papers, one held firmly my hand and finger and the other held the paper. he literally forced my finger print by ~~~~ forcing my finger to a stamp ~~~~ and then on a paper no matter how much I

(3)

tried to take back my finger. then ICE moved me to Louisiana to deport me to Africa. I was saved from being deported by my lawyers ~~███~~ filing a TRO. the two detainees and the two Intake officers witnessed the Incident.

## Disclosure of Asylum Information to the Government of Iran

I have been granted withholding of removal by an immigration Judge as to Iran. I have also requested reopening of my asylum case as the cause of denial of my asylum claim, CLP Rule, has been invalidated.

In connection with my immigration case I disclosed detailed information about my identity, family, political opinions, religion, and the reasons I fear the Government of the Islamic Republic of Iran. I provided that information in reliance on the confidentiality Protections of the U.S. and International laws and norms, and the U.S. Gov's assurances that my information would not be shared with the Iranian regime.

(4)

I have been informed and believe that information from my protected asylum file might have been disclosed to the Government of Iran or its Interest Section in washington, this creates an acute and specific danger. ~~████~~ ~~████~~ this disclosure has materially increased the likelihood that I will be detained, interrogated, tortured, or killed if I am ever returned to Iran, and it has exposed my family members and acquaintances who remain in Iran to reprisal. As this danger arises from the U.S. Gov's own conduct while my case is ongoing, it is directly relevant to my claims, supports an independent (sur place) basis for protection, and must be considered in adjudicating my case.

Condition at Facility:

medical care is very low here. I have had a tendon issue needing surgery for over a year now. water and food are very low quality.

(b)

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, under the laws of the United States of America, and for all relevant international bodies and courts of competent jurisdiction, that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on: 06/20/2026

Location: Eloy Detention Center

Signature: ███████████████████████

⑥

# EXHIBIT 2.L

## DECLARATION OF ██████████████████

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

My name is ██████████████████████████ I am over 18 years of age and competent to make this declaration. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information and belief, and as to those matters, I believe them to be true. I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

## Introduction:

1. I was bom on April 15, 1997. The date of birth on file in the U.S. is April 15, 1987 and is incorrect. The name on file in the U.S., ████████████████ is also incorrect. My correct name is ████████████████. In Iran, I studied to become a pharmacist at Tehran University.

## Basis for Asylum Claim:

2. I participated in the Woman, Life, Freedom protests in ███ in 2022. Vienna, Austria ███

In Iran, I participated in political protests in Tehran against the Islamic Regime in 2018. On June 2, 2018, while protesting against the Islamic Regime, I was detained on the street by a group of Islamic Republic riot police on motorcycles. Then, I was taken to a holding facility and held for 7 days, before being released on bail on June 9, 2018. On July 17, 2018, I was summoned to face charges of acting against national security, assembly and collusion, and propaganda against the state. Knowing that a heavy prison sentence was very likely, I escaped Iran on August 1, 2018. Since fleeing Iran, my family has continued to regularly be visited by agents of the Islamic Republic to ask about my whereabouts.

## Fear of Going Back:

3. If I am sent back to Iran, I am afraid that I would be imprisoned, tortured, or killed due to my political activities.

2

**Disclosure of Information to the Government of Iran:**

4. I am currently an applicant for asylum, withholding of removal, and protection under the Convention Against Torture, and my case remains pending on appeal before the BIA. In connection with my immigration case, I disclosed detailed information about my identity, family, political opinion, religion, and the reasons I fear the Government of the Islamic Republic of Iran. I shared all of that information in reliance of the confidentiality protections of the U.S. and International laws and norms, and my reliance on the U.S. Government's assurances that this information would not be shared with the Iranian Regime.

5. In or around December 2025, I was told by my pod officer that I have an incoming call for me. I was brought to the phones in the visitation area. I asked the officer, that was stationed by the phones, who was on the other line. This officer told me that it was the Iranian consulate. Upon learning this information, I told this officer that I did not want to speak on the phone, as I did not have any interest in speaking to the Iranian consulate or any Islamic Regime representative. In response, the officer told me I had no choice, and that I wouldn't be allowed to return back to my pod until I answered this call from the Iranian consulate. After being told this, I realized I had no choice and was forced to speak on the phone to the Iranian consulate.

6. A female representative of the Iranian Regime from the Iranian Interest Section was on the other line of this phone call. The representative of the Iranian Interest Section knew my name, my A number, and all the details of my asylum case, including the basis of my asylum claim, where I was in my asylum process, and even she told me that she had the entire transcript of my fear interview. The representative told me that, as we speak, she has my whole case file in her hands, and that this was all sent to them by ICE. I told the representative that I didn't want to talk to them and I hung up.

7. Now that information about my asylum claim and detention records have been disclosed by ICE to the Iranian Regime, I face a new and independent lethal risk and danger that did not exist in the same way before the disclosure: I have been identified to the very government I ran away from for my life. This disclosure has materially increased the likelihood that I will be detained, interrogated, tortured, or killed if I am ever returned to Iran, and it has exposed my family, friends, and acquaintances who remain in Iran to reprisal. Because this danger arises from the U.S. Government's own conduct while my case is still pending, it is directly relevant to my claims, support an independent basis for protection, and must be considered in adjudicating my case.

3

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, under the laws of the United States of America, and for all relevant international bodies and courts of competent jurisdiction, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: July 14, 2026

Location: El Valle Detention Facility

Signature: