# DECLARATION OF PASTOR RUBIK HOVSEPIAN

I, **Pastor Robak I. Hoospianmer**, hereby declare as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth herein. I make this declaration based on my personal knowledge and, if called to testify, I would testify truthfully and competently to the facts stated below.
2. I am an Iranian Christian pastor, a former refugee from the Islamic Republic of Iran, and a firsthand witness to the persecution of Christian converts by the Iranian regime.
3. In 1993, I fled Iran with my pregnant wife and two young children after being accused by Iranian authorities of evangelizing Muslims and inviting others to the Christian faith. I feared for my life and the safety of my family. I entered the United States in search of safety, freedom, and the ability to practice my Christian faith without fear of imprisonment or death.
4. I converted to Christianity at the age of fifteen. Since that time, I have devoted my life to Christian ministry and to serving persecuted believers, particularly Iranian converts from Islam.
5. After entering the United States, I established the Iranian Church of Los Angeles, where I have served continuously as pastor.
6. In the past three decades of my life in the US, I have raised my children to serve America and humanity. My son is a marine who was deployed to Afghanistan and my daughter is a physician.

## Assassination of My Brother and State-Linked Religious Persecution

7. In 1994, my brother, Bishop Haik Hovsepian Mehr, was assassinated in Iran.
8. At the time of his murder, my brother served as the national leader of Protestant churches in Iran, a Bishop of the Assembly of God Church in Iran.
9. My brother's sole "offense" was his public and unwavering defense of Christian converts who were being persecuted, imprisoned, and threatened with execution by the Iranian authorities.
10. His assassination was carried out by Iranian fundamentalist terrorists acting in alignment with, and with the acquiescence of, the Islamic regime's policies toward Christian converts.
11. My brother's murder was not an isolated crime. It occurred within a well-documented pattern of targeted killings of Christian leaders in Iran. (See Exhibit A and B attached).
12. Documentary evidence concerning my brother's assassination and the persecution of Christians in Iran is publicly available, including in the documentary *"Cry from Iran."*
13. The killing of my brother profoundly altered my life and permanently confirmed that Christian leadership and advocacy for converts in Iran carries a lethal risk.

## Firsthand Knowledge of Systematic Christian Persecution

14. I personally witnessed the persecution of numerous Iranian Christian leaders and converts, including:

 RH

a. **Pastor Mehdi Dibaj**, who endured approximately ten years of torture in an Iranian prison and an additional two years in solitary confinement because of his Christian faith;

b. **Pastor Hossein Soodmand**, who was executed by the Iranian government and left behind a blind wife and four children;

c. **Mohammad Bagher Yousefi**, a former Iranian war soldier whom I personally pastored and discipled in my own home. After I fled Iran, I learned that he was brutally executed by government authorities and hanged from a tree;

d. **Bishop Tateos Michaelian**, my long-time mentor and a senior leader in the Presbyterian Church, who was later murdered.

15. These men were not criminals. They were pastors, converts, and peaceful believers targeted solely because of their religious faith and activities.
16. Their deaths demonstrate a clear pattern of state-tolerated and state-directed persecution of Christian converts and church leaders in Iran. (See Exs. A–D).
17. Following the Iranian regime's intensified crackdown on Protestant and evangelical churches, church buildings affiliated with these communities have been systematically closed by the authorities. As a result, these churches have been forced to operate as home-based underground congregations. (See Exs. A–C).
18. Members of these underground churches face a constant and imminent risk of surveillance, arrest, interrogation, and imprisonment solely on the basis of their religious activity and conversion from Islam.
19. These underground evangelical churches reportedly include a high number of converts from Islam and are among the fastest-growing Christian communities in Iran, which has made them particular targets of government repression.
20. One member of these underground churches who has joined our congregation in the United States in the past 9 months has reported to me that Iranian authorities carried out a severe crackdown on members of her church community in Iran. According to her firsthand account, four individuals she personally knew were sentenced to approximately fifty years of imprisonment under extremely harsh conditions because of their Christian faith and church involvement.

## Current Detention of Iranian Christians in the United States

21. At present, at least seven Iranian Christian men from my own congregation are detained in U.S. Immigration and Customs Enforcement (ICE) facilities.
22. All of these men are converts from Islam who fled Iran due to credible threats, surveillance, or prior persecution.
23. Entire families of Christian converts have been devastated as a result of these policies.
24. Many of their families and children remain in extremely vulnerable conditions.
25. Based on my lived experience and decades of ministry, I firmly believe that deportation of these individuals to Iran would expose them to a high likelihood of torture, prolonged imprisonment, or death. (See Exs. E–F).

 RH

26. In more than three decades of ministry in the United States, the past year has been the most difficult I have experienced, as numerous members of my congregation—and other Iranian Christian converts with whom I am in regular contact—have been subjected to prolonged detention by U.S. Immigration and Customs Enforcement.
27. I am also aware of Pouriya Mirzadeh, an underground evangelical pastor currently detained in immigration custody in Austin, Texas.
28. I am aware that the Director of the Interest Section of the Islamic Republic in Iran has visited these facilities and meeting with asylum seekers putting their lives in serious jeopardy if returned to Iran.
29. If deported to Iran, they would almost certainly face torture or execution.

## Ongoing Risk to Iranian Christian Converts

30. The persecution I witnessed has not abated. It has intensified.
31. Converts from Islam are labeled "infidels" under Iran's interpretation of Islamic law and are treated as enemies of the state.
32. Christian converts are routinely accused by Iranian authorities of being agents of Western governments or Israel, or of posing national security threats, regardless of any actual conduct.
33. According to United Nations experts and credible international reporting, prosecutions of Christian converts have increased sharply in 2025, including arbitrary arrests, violent interrogations, lengthy prison sentences, and severe physical and psychological abuse. (See Exs. A,B,D, and G).
34. I am aware, through public statements and reports attributed to officials associated with the Iranian Interests Section, that there are approximately 2,500 Iranian nationals currently detained in U.S. ICE facilities. (See Ex. I). Based on my pastoral experience, direct contact with detainees, and longstanding involvement with Iranian Christian asylum seekers, I believe that a significant number likely in the hundreds of these detainees are Christian converts.

## Danger of Deportation to "Third Countries"

35. I am deeply concerned by reports that Iranian Christian converts are being deported either directly to Iran or to so-called "safe third countries," including Uganda.
36. These countries are not safe for Iranian Christian converts.
37. The Iranian regime maintains influence and intelligence reach beyond its borders, placing deported believers in grave danger even outside Iran. (See Ex. H).
38. Deportation under these circumstances does not remove the risk of persecution; it merely displaces it.

## Extreme Hardship Already Endured

39. Many Iranian Christian converts seeking asylum in the United States have already lost everything.
40. They risked their lives crossing jungles, rivers, and mountains to escape persecution.

 RH

41. Some were robbed, abused, or witnessed death along the way solely because they sought freedom to worship.

## My Ongoing Ministry and Credibility

42. I have lived in the United States for more than thirty-three years.
43. Throughout that time, I have ministered in countless churches across the United States and internationally, sharing firsthand testimony regarding Christian persecution in Iran.
44. I have personally assisted hundreds of Iranian Christian converts in resettling safely in the United States.
45. My church in Van Nuys, California, currently serves a large congregation of Iranian Christian converts and their families.
46. I continue to pastor, support, and protect these believers to the best of my ability.

## Conclusion and Plea for Protection

47. Based on my personal experience as both a victim and a firsthand witness of religious persecution in Iran, I unequivocally state that Iranian Christian converts face a clear and present danger if deported.
48. I respectfully urge that humanitarian relief, asylum protections, and safeguards against removal be granted to these individuals.
49. Allowing Iranian Christian converts to remain in the United States is consistent with America's constitutional commitment to religious freedom, human rights, and protection of the persecuted.
50. I am willing to meet with authorities, counsel, or adjudicators to provide further testimony or clarification regarding the matters stated herein.
51. U.S.-based Christian communities have been providing, and remain willing to continue providing, substantial assistance to Iranian Christian asylum seekers in order to support their lawful integration and resettlement in the United States.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of January, 2026,
at Burbank California

[signature] Hovsepian

**Pastor Rubik Hovsepian**
Iranian Church of Los Angeles

# EXHIBIT INDEX

**Declaration of Pastor Rubik Hovsepian**

## Exhibit A

### UN Special Rapporteur on the Situation of Human Rights in Iran

**Source:**
United Nations Special Rapporteur on the situation of human rights in Iran
https://www.ohchr.org/en/special-procedures/sr-iran

**What it corroborates:**

- Pattern and practice of persecution
- Targeting of Christian converts and pastors
- Arbitrary arrests, killings, and enforced disappearances

---

## Exhibit B

### USCIRF Annual Reports – Iran (Country of Particular Concern)

**Source:**
United States Commission on International Religious Freedom
https://www.uscirf.gov/countries/iran

**What it corroborates:**

- Systematic religious persecution
- Heightened risk to converts from Islam

 RH

# Exhibit F

## UNHCR Guidance on Religion-Based Refugee Claims

**Source:**
United Nations High Commissioner for Refugees
https://www.unhcr.org/publications/legal/40d8427a4

**What it corroborates:**

- Conversion as a basis for well-founded fear
- Non-refoulement obligations

---

# Exhibit G

## NGO Reports on Persecution of Christian Converts in Iran

**Sources:**
Amnesty International
https://www.amnesty.org/en/location/middle-east-and-north-africa/iran/

Human Rights Watch
https://www.hrw.org/middle-east/north-africa/iran

**What it corroborates:**

- Arrests, torture, executions
- Family devastation and long sentences

---

# Exhibit H

## Transnational Repression & Third-Country Risk

**Sources:**
UN Special Procedures on Transnational Repression
https://www.ohchr.org/en/special-procedures

Human Rights Watch – Transnational Repression
https://www.hrw.org/topic/free-speech/transnational-repression

**What it corroborates:**

- Iranian regime's extraterritorial reach
- Risk in "safe third countries"

# Exhibit I

## Number of Iranian nationals currently detained in U.S. ICE facilities

"Abolfazl Mehrabadi, the acting head of Iran's interests section in Washington DC, told the deportees at the departure airport that almost 2,500 other Iranians were in US immigration custody and were expected to be returned to Iran on special flights, according to the deportee."

Source:
Iran International, https://www.iranintl.com/en/202510033845

# Exhibit C

### U.S. Department of State – International Religious Freedom Report (Iran)

**Source:**
U.S. Department of State
https://www.state.gov/international-religious-freedom-reports/

**What it corroborates:**

- Apostasy-related persecution
- Criminalization of conversion
- Surveillance and prosecution of house churches

# Exhibit D

### U.S. Department of State – Country Reports on Human Rights Practices (Iran)

**Source:**
U.S. Department of State
https://www.state.gov/country-reports-on-human-rights-practices/

**What it corroborates:**

- Use of "national security" and "foreign influence" charges
- Arbitrary detention and torture

# Exhibit E

### UN Committee Against Torture – Iran (Non-Refoulement Risk)

**Source:**
Committee Against Torture
https://tbinternet.ohchr.org

**What it corroborates:**

- Substantial risk of torture upon return
- CAT-standard danger for religious converts