An o□cial website of the United States Government Here's how you know

2021-2025 ARCHIVED CONTENT
You are viewing ARCHIVED CONTENT released online from January 20, 2021 to January 20, 2025.
Content in this archive site is NOT UPDATED, and links may not function.
For current information, go to www.state.gov.



# U.S. Relations With Iran

BILATERAL RELATIONS FACT SHEET

BUREAU OF NEAR EASTERN AFFAIRS

APRIL 1, 2022

As a result of the Iranian takeover of the American Embassy on November 4, 1979, the United States and Iran severed diplomatic relations in April 1980. The United States and the Islamic Republic of Iran have had no formal diplomatic relationship since that date. Switzerland is the U.S. protecting power and provides limited consular services to U.S. citizens in Iran.

Iran has no embassy in Washington, D.C.

More information about the Islamic Republic of Iran is available from the Department of State and other sources, some of which are listed here:

**CIA World Factbook Iran Page**
**U.S. Virtual Embassy**
**History of U.S. Relations With Iran**
**U.S. Census Bureau Foreign Trade Statistics**
**Office of Foreign Assets Control Sanctions Page**
**Library of Congress Country Studies**

Case 1:26-cv-02375-ACR Document 9-9 Filed 07/15/26 Page 2 of 2

[Travel Information](#)
[2021 Trafficking in Persons Report: Iran](#)
[2020 Report on International Religious Freedom](#)
[2020 Country Reports on Human Rights Practices: Islamic Republic of Iran](#)

TAGS Bureau of Near Eastern Affairs Iran

White House USA.gov Office of the Inspector General Archives Contact Us

FOLLOW US Privacy Policy Accessibility Statement Copyright Information FOIA No FEAR Act