The New York Times | https://www.nytimes.com/1992/03/17/world/pakistan-to-handle-iranian-affairs-in-us.html

# Pakistan to Handle Iranian Affairs in U.S.

March 17, 1992


North-South Divide Is Marring Environment Talks

THE HUMAN TOUCH

Chemical's Quick Creditline. The homeowner credit line that everyone's talking about.

THE FINANCIAL EDGE

See the article in its original context from
March 17, 1992, Section A, Page 8 Buy Reprints

VIEW ON TIMESMACHINE

TimesMachine is an exclusive benefit for home delivery and digital subscribers.

***About the Archive***
*This is a digitized version of an article from The Times's print archive, before the start of online publication in 1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.*

*Occasionally the digitization process introduces transcription errors or other problems; we are*

*continuing to work to improve these archived versions.*

Algeria, which has handled Iranian diplomatic interests in Washington, has asked Iran to find another embassy to represent it because of what Algeria describes as Iranian interference in its affairs.

Last week Pakistan agreed to take over the Iranian Interests Section, and has asked the State Department to approve the change.

Iran has not had an embassy in Washington since 1979, when Iranian religious militants seized power and took dozens of hostages at the United States Embassy in Teheran.

Algerian diplomats say their problems with Iran began in January when Iranian political leaders began making statements supporting the Islamic Salvation Front during the first round of voting for the Algerian Parliament. The fundamentalist front seemed to be on its way to winning a majority when Algeria canceled further voting.

Algeria recalled its ambassador from Teheran and sent Iran's envoy home. The Islamic Salvation Front and other fundamentalist groups were later banned.

Pakistan, which is trying to improve relations with Washington after a cutoff of aid in 1990, says it does not believe that representing Iran will create problems. On the contrary, Pakistani officials say they can gain by serving as an intermediary between the United States and Iran, a role that Algeria played during the 1979-81 hostage crisis.

A version of this article appears in print on , Section A, Page 8 of the National edition with the headline: Pakistan to Handle Iranian Affairs in U.S.