PRESS RELEASES | SPECIAL PROCEDURES

# Iran: UN experts demand transparency and accountability following nationwide protests

**20 February 2026**

**Share**

## RELATED

PRESS RELEASES

Guatemala: UN experts call for opening of military archives and facilities in the search for disappeared persons

PRESS RELEASES

Chile: UN experts alarmed by criminal proceedings against judge over human rights rulings

PRESS RELEASES

UN experts on enforced disappearances to visit Guatemala

**GENEVA** – UN human rights experts* today urged Iranian authorities to fully disclose the fate and whereabouts of individuals detained, forcibly disappeared or missing in the aftermath of the nationwide protests, and to halt all death sentences and executions related to the demonstrations.

“The true scale of the violent crackdown on Iranian protesters remains impossible to determine at this point,” the experts said. “The discrepancy between official figures and grassroots estimates only deepens the anguish of families searching for their loved ones and displays a profound disregard for human rights and accountability.”

Iranian authorities have acknowledged 3,117 deaths and approximately 3,000 arrests, whereas human rights organisations estimate these figures to be in the tens of thousands. The vast majority of those detained or killed are ordinary people, including children, from all provinces and diverse ethnic and religious backgrounds, as well as Afghan nationals, of which there are some 5 million living in Iran. They include lawyers who sought to represent protesters, medical professionals who treated the wounded, journalists, and writers, artists and human rights defenders who supported the protests.

Families across Iran remain unable to locate their relatives, whether they are among the injured in hospitals, held in detention facilities or among fatalities in forensic institutes. Many families of known detainees report being denied regular contact, heightening concerns for the safety of their loved ones.

“The prohibition of enforced disappearance and torture, and the protection of the right to life, are fundamental norms of international law which cannot be derogated in any circumstance including public emergency or political instability,” the experts said.

They warned that, in the absence of transparency, a devastating narrative starts to take shape, with unverified reports of burial sites and secret executions emerging.

“When a State refuses to account for the whereabouts of its people, others will fill that void — and the picture that emerges will define this period in Iran’s history,” the experts said. “The people of Iran have a right

to know what is happening in their own country. Without answers, we will assume the worst."

Furthermore, the internet restrictions, now in their sixth week, continue to obstruct verification of conditions on the ground. Full connectivity is reserved for State-approved users. For the wider population, access is severely restricted, frequently dependent on expensive and difficult-to-obtain VPN services, leaving many cut off from reliable connectivity. Furthermore, security forces have been reportedly conducting street checks, during which individuals are stopped and their mobile phones searched for protest-related content, including social media activity, photographs and videos.

The experts noted that, within this void, State media have continued to broadcast what are widely regarded as forced confessions, and expressed concern about the labelling of protesters as "terrorists" in the legitimate exercise of their fundamental rights.

Moreover, in recent weeks, Baha'is have reportedly faced increased incitement and detention. Many detainees have allegedly been denied access to lawyers of their choosing, with reports of legal representatives, including State-approved counsel, prevented from meeting their clients. Against this backdrop, there have been some reports of protesters receiving severe sentences, including the death penalty. Serious concerns have also been raised regarding the treatment of detainees, including the heightened risks of gender-based violence in such context.

The experts called on Iranian authorities to immediately take the following actions: halt all executions and death sentences, including those linked to the protests; disclose the fate and whereabouts of disappeared persons; release all those arbitrarily detained during and after the protests, and guarantee their due process rights; restore full telecommunications access; and ensure independent, impartial, thorough and effective investigations and accountability for the human rights violations and

provide unimpeded access to international human rights monitors.

The experts remain in contact with Iranian authorities on these issues.

***The experts:**

- **Mai Sato**, the **Special Rapporteur on the situation of human rights in the Islamic Republic of Iran**
- **Cecilia M. Bailliet**, **Independent Expert on human rights and international solidarity**
- **Alexandra Xanthaki**, **Special Rapporteur in the field of cultural rights**
- **Morris Tidball-Binz**, **Special Rapporteur on extrajudicial, summary or arbitrary executions**
- **Margaret Satterthwaite, Special Rapporteur on the independence of judges and lawyers**
- **Mary Lawlor, Special Rapporteur on the situation of human rights defenders**
- **Gabriella Citroni (Chair-Rapporteur), Grażyna Baranowska (Vice-Chair), Aua Baldé;** and **Ana Lorena Delgadillo Pérez,** the **Working Group on Enforced or Involuntary Disappearances**
- **Nazila Ghanea**, **Special Rapporteur on freedom of religion or belief**
- **Claudia Flores (Chair), Ivana Krstić (Vice-Chair), Dorothy**

**Estrada Tanck, Haina Lu, and Laura Nyirinkindi, Working Group on discrimination against women and girls**

- **Ms. Ganna Yudkivska (Chair-Rapporteur), Mr. Matthew Gillett (Vice-Chair on Communications), Ms. Miriam Estrada Castillo (Vice-Chair on Follow-Up), Mr. Mumba Malila, and Mr. Ethan Hee-Seok Shin, Working Group on Arbitrary Detention**
- **Nicolas Levrat, Special Rapporteur on minority issues**
- **Margaret Satterthwaite, Special Rapporteur on the independence of judges and lawyers**
- **Tlaleng Mofokeng, the Special Rapporteur on the right of everyone to the enjoyment of the highest attainable standard of physical and mental health**
- **Ana Brian Nougrères, the Special Rapporteur on the right to privacy**
- **Gina Romero, the Special Rapporteur on the rights to freedom of peaceful assembly and of association**
- **Richard Bennett, the Special Rapporteur on the situation of human rights in Afghanistan**
- **Ben Saul, Special Rapporteur on the promotion and protection of human rights and fundamental freedoms while countering terrorism**
- **Alice Edwards, Special Rapporteur on torture and other cruel, inhuman or degrading treatment or punishment**

Special Rapporteurs/Independent Experts/Working Groups are independent human rights experts appointed by the United

Nations Human Rights Council. Together, these experts are referred to as the **Special Procedures** of the Human Rights Council. Special Procedures experts work on a voluntary basis; they are not UN staff and do not receive a salary for their work. While the UN Human Rights office acts as the secretariat for Special Procedures, the experts serve in their individual capacity and are independent from any government or organisation, including OHCHR and the UN. Any views or opinions presented are solely those of the author and do not necessarily represent those of the UN or OHCHR.

Country-specific observations and recommendations by the UN human rights mechanisms, including the special procedures, the treaty bodies and the Universal Periodic Review, can be found on the Universal Human Rights Index **https://uhri.ohchr.org/en/**

UN Human Rights, country page – **Iran**

For inquiries and media requests, please contact: **hrc-sr-iran@un.org**
For media inquiries related to other UN independent experts, please contact Maya Derouaz (**maya.derouaz@un.org**) or Dharisha Indraguptha (**dharisha.indraguptha@un.org**)

Follow news related to the UN's independent human rights experts on X: **@UN_SPExperts**.

## Tags

Iran Accountability Enforced and involuntary disappearances Executions

## Our Work

The Office of the High Commissioner for Human Rights is the leading United Nations entity in the field of human rights, with a unique mandate to promote and protect all human rights for all people.

© OHCHR 1996-2026

## Latest

Feature Stories

Media Center

Meetings & Events

## Resources

Databases

Library

Publications

## Connect

Contact Us

Follow us

Work With Us

Global Social Channels

Contact Copyrights Privacy Terms of use

Back to top