Exclusive news, data and analytics for financial market professionals LSEG

Reuters World Business My News Sign In Subscribe - $1/wk

Markets Sustainability Legal Commentary Technology Investigations More

# Third batch of Iranians deported by US to return home, Tasnim reports

By Reuters

January 26, 2026 9:44 AM EST · Updated January 26, 2026

DUBAI, Jan 26 (Reuters) - A third group of Iranians deported from the United States is returning home, Iran's semi-official Tasnim news agency reported on Monday, amid heightened tension between Washington and Tehran following Iran's crackdown on nationwide protests.

"These people, who have been under pressure to leave (the U.S.) for two months, made their return journey via Cairo

and Kuwait," Tasnim said. "Fourteen people arrived at Imam Khomeini International Airport on a flight today, and the rest will return in the coming weeks." Tasnim did not clarify the group's total number.

> The Reuters Iran Briefing newsletter keeps you informed with the latest developments and analysis of the Iran war. Sign up here.

Advertisement · Scroll to continue

Facilitation of the transfers has required an unusual degree of coordination between two adversaries. Last week, President Donald Trump renewed warnings to Tehran over the killing of protesters and any move to restart its nuclear program.

In September, officials said the U.S. had identified about 400 Iranians to be deported, with a first flight carrying 120 people returning to Tehran via Qatar's capital.

A second group of 55 returned to Iran in December, with Iran's foreign ministry accusing Washington of conducting deportations on "political grounds and anti-migrant policies."

Reporting by Dubai Newsroom Editing by Ros Russell

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics: Middle East Human Rights

Purchase Licensing Rights

Reuters Plus

Qatar's venture capital moment

Sponsored by Qatar Financial Centre

## Read Next



Middle East

**Trump steps back from Hormuz fee plan in favour of Gulf investment deals**



Europe

**Lebanon, Israel hold US-brokered talks in Rome to implement framework deal**



## Sponsored Content

Dianomi Advertise Here



**With E*TRADE, seamlessly trade across web, desktop, and mobile**



**Schwab's Market Update**

Sponsored by Charles Schwab



**5 Ways to Save Money When Traveling in the U.S.**

Sponsored by Charles Schwab

## Sponsored Content

Dianomi Advertise Here

**Power E*TRADE Pro: Get 120+ Technical Studies & 30+ Drawing Tools**



Sponsored by E*TRADE from Morgan Stanley

**6 Ways to Save Money When Traveling Abroad**



Sponsored by Charles Schwab

**Motley Fool Gives "Total Conviction" Buy Alert**



Sponsored by The Motley Fool

**Moving Abroad:**



**Automation. Data**



**Leverage TradeStation's**



## World >



# E. Jean Carroll receives $5.63 million owed by Trump in sex abuse



World

### Outgoing UK PM Starmer given France's top honour by President Macron

12:51 PM EDT



World

### Trump says US will be doing a lot of deals with Iraq, taking a lot of oil out

12:45 PM EDT





-

# case

Legal · July 14, 2026 · 1:01 PM EDT · 30 mins ago

The writer E. Jean Carroll has collected nearly $5.63 million from Donald Trump after a jury in 2023 found the U.S. president liable for sexually abusing and defaming her, court records show.

Asia Pacific

**Nine killed in Pakistan-administered Kashmir clashes**

12:43 PM EDT

Sports

**Lee announces return to training: 'I know what I'm capable of'**

12:42 PM EDT

## Sponsored Content

Dianomi Advertise Here



E*TRADE from Morgan Stanley

**Power E*TRADE Pro: Get Up to 120 Tools & Charts Over 6 Workspaces**



Charles Schwab

**Schwab's Take on Market Volatility**



Finance Advisors

**I'm 64, $1.5M: Can I Spend $9,000/Month Without Running Out?**



Latest

Browse

Media

About Reuters

Home
Authors
Topic Sitemap
Archive
Article Sitemap

World
Business
Markets
Sustainability
Legal
Breakingviews
Technology
Investigations
Sports
Science
Lifestyle

Videos
Pictures
Graphics
Podcasts

About Reuters
Media Center
Advertise with Us
Careers
Reuters News Agency
Brand Attribution Guidelines
Reuters and AI
Reuters Leadership
Reuters Fact Check
Reuters Diversity Report
Commercial Disclosure (Japan)

Stay Informed

Download the App (iOS)
Download the App (Android)
Newsletters
Subscribe

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

Feedback

## LSEG Products

### Workspace

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

### Data Catalogue

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

### World-Check

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us**
**Advertising Guidelines**
**Purchase Licensing Rights**

**Cookies** **Terms & Conditions** **Privacy**
**Copyright** **Digital Accessibility** **Corrections**
**Data Disclosure and Sources** **Site Feedback**
**Manage Cookies**

All quotes delayed a minimum of 15 minutes. See here for a list of exchanges and delays.

© 2026 Reuters. All rights reserved