**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IRANIAN AMERICAN LEGAL DEFENSE
FUND,

    *Plaintiff*,

v.

MARCO RUBIO, in his official capacity as
Secretary of State, et al.,

    *Defendants*.

Civil Action No. 26-2375-ACR

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for a stay and preliminary injunction, the opposition thereto, and the full record in this case, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that, until further order of this Court:

1.    Defendants' policy of sharing the confidential information of Iranian asylum seekers with the Iranian Government is stayed;

2.    Defendants, their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with any of them are enjoined from sharing with any agent of the Iranian Government any information that could reveal, or from which it could be inferred, that an individual from Iran has applied for asylum or similar forms of protection in the United States; and;

3.    For those Iranian asylum seekers whose confidential information has already been revealed to the Iranian Government, Defendants are ordered to take all necessary steps to prevent the removal of those individuals until they can be identified, provided with notice that their

information was shared, and given the opportunity to reopen their cases and assert a new independent basis for a grant of relief from removal.

      SO ORDERED.


Dated: _____, 2026                               _____

                                                  United States District Judge