UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRANIAN AMERICAN LEGAL DEFENSE
FUND,

       Plaintiff,

      v.

MARCO RUBIO, in his official capacity as
Secretary of State, et al.,

       Defendants.

Civil Action No. 26-2375 (ACR)

## **MOTION TO EXTEND**

Defendants respectfully move this Court to extend their deadline to respond to Plaintiff's motion for preliminary injunction (Dkt. 9) by two weeks, to August 5, 2026. The current deadline is July 22, 2026. Pursuant to Local Civil Rule 7(m), the parties conferred, via counsel, and Plaintiff's counsel indicates that Plaintiff opposes the requested relief.

An earlier deadline, unfortunately, is unrealistic. In the next two weeks, undersigned counsel must attend to numerous competing deadlines, including four substantive filings in prior filed cases. Undersigned is also scheduled to appear four times in other matters: (1) oral argument in another emergency matter, *Doe v. State*, 26-1270 (TNM) (Jul. 21, 2026), and (2) three appearances before this Court: *Doe v. Att'y Gen.*, 26-2344 (ACR) (Jul. 17, 2026), *CREW v. CFPB*, Civ. A. No. 26-1768 (ACR) (Jul. 28, 2026), and *Pearson v. Dep't of Just.*, Civ. A. No. 23-2394 (ACR) (Jul. 29, 2029).

Further, Defendants' briefing in this matter will require review by agency counsel and a DOJ supervisor, whose schedules are similarly congested. At bottom, Defendants propose a

realistic schedule.  To accommodate an earlier schedule would likely require seeking extensions in other previously filed matters, which necessarily prejudices the plaintiffs in those lawsuits.

Plaintiff would not be prejudiced by granting the requested relief.  Plaintiff, a non-profit organization providing legal services to Iranian nationals seeking asylum in the United States, alleges that United States immigration authorities provide confidential information about Iranian asylum seekers to the Iranian government.  PI Mem. (Dkt. 9-1) at 10-16.  While much of Plaintiff's filings attempt to create a sense of impending urgency, Plaintiff's delay in bringing this action and moving for a preliminary injunction undermines such assertions.  *See Fund for Animals v. Frizzell*, 530 F.2d 982, 987 (D.C. Cir. 1975) (finding that a forty-four-day delay in seeking injunctive relief bolstered the denial of an injunction, particularly because the plaintiff had knowledge of the alleged irreparable harm).  Indeed, Plaintiff's motion begins with alleged events in March 2025, over a year ago, and includes an allegation that Plaintiff met with an Iranian official to discuss removals to Iran in March 2026.  PI Mem. (Dkt. 9-1) at 14.  Yet, Plaintiff waited until July 7, 2026, to bring this action, *see generally* Compl. (Dkt. 1), and then another eight days to move for preliminary relief, *see generally* PI Mot. (Dkt. 9).  In light of this history, the requested two-week extension would not prejudice the Plaintiff.

* * *

- 2 -

## CONCLUSION

For these reasons, Defendants respectfully request that the Court grant this motion and extend Defendants' deadline to responds to Plaintiff's motion for preliminary injunction to August 5, 2026.

Dated: July 17, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Dimitar P. Georgiev* _____
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRANIAN AMERICAN LEGAL DEFENSE
FUND,

        Plaintiff,

      v.

MARCO RUBIO, in his official capacity as
Secretary of State, et al.,

        Defendants.

Civil Action No. 26-2375 (ACR)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to extend, and the entire record herein,

it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall respond to Plaintiff's motion for a preliminary injunction

on or before August 5, 2026.

SO ORDERED:

_____
Date

_____
ANA C. REYES
United States District Judge