**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND, <br><br> *Plaintiff*, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as Secretary of State, et al., <br><br> *Defendants*. | Civil Action No. 26-2375-ACR |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Ali Rahnama, of Iranian American Legal Defense Fund, hereby enters an appearance as counsel of record for Plaintiff Iranian American Legal Defense Fund in the above-captioned matter. I am admitted to practice before this Court and request that all notices, pleadings, and other papers in this action be served upon me at the address listed below.

Dated: July 17, 2026

Respectfully submitted,

/s/ Ali Rahnama
Ali Rahnama (D.C. Bar No. 1032695)
Iranian American Legal Defense Fund
1901 Pennsylvania Ave NW, STE 900
Washington, DC 20006
(202) 339-1255
ali.rahnama@ialdf.org
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ali Rahnama
Ali Rahnama