**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IRANIAN AMERICAN LEGAL DEFENSE FUND,

*Plaintiff*,

v.

MARCO RUBIO, in his official capacity as Secretary of State, *et al.*,

*Defendants*.

Civil Action No. 26-2375-ACR

**PLAINTIFF'S MOTION TO SET HEARING ON MOTION FOR STAY UNDER 5 U.S.C. § 705 AND FOR A PRELIMINARY INJUNCTION**

Plaintiff Iranian American Legal Defense Fund (IALDF) respectfully requests that the Court set a hearing on Plaintiff's Motion for Stay Under 5 U.S.C. § 705 and for a Preliminary Injunction, ECF No. 9. Local Civil Rule 65.1(d) provides that, upon the moving party's request accompanied by a statement of facts which make expedition essential, a hearing on an application for a preliminary injunction shall be set by the Court no later than 21 days after its filing, unless the Court earlier decides the motion on the papers or finds that a later hearing would not prejudice the parties.

The following facts make expedition essential:

1. IALDF challenges an ongoing federal policy under which Defendants allegedly disclose confidential, asylum-related information concerning Iranian asylum seekers to representatives of the Iranian Government and facilitate those representatives' access to Iranian asylum seekers in immigration detention. *See* Memorandum in Support of Plaintiff's Motion for Stay and Preliminary Injunction 1–11, ECF No. 9-1.

2. As explained in IALDF's motion and supporting declarations, the challenged practices are presently impairing IALDF's ability to provide time-sensitive legal services to detained Iranian asylum seekers. Clients and prospective clients fear that information disclosed during legal counseling may reach the government from which they seek protection, undermining the candid and confidential communications necessary to provide effective legal advice. *Id.* at 19–22.

3. The relevant legal work proceeds under exceptionally compressed time constraints. Access to individuals in ICE detention facilities is limited and difficult to obtain, and IALDF ordinarily receives only a few days' notice, if any, before an Iranian asylum seeker is placed on a flight to Iran. *Id.* at 19–20. By the time IALDF learns that a client or prospective client has been scheduled for removal, the remaining opportunity to act may be measured in hours. *Id.* at 4–5.

4. The potential consequences for affected asylum seekers are grave. IALDF's supporting materials explain that disclosure of an asylum seeker's religion, political activities, sexual orientation, associates, or reasons for fearing persecution may heighten the risks of detention, interrogation, torture, imprisonment, or death if that person is returned to Iran, and may also endanger family members and associates who remain there. *Id.* at 9–11, 19–20.

5. The urgency has not diminished during briefing. Defendants moved on July 17, 2026, for an extension of their deadline to oppose Plaintiff's motion. ECF No. 17. Plaintiff opposed that request the same day. ECF No. 18. The Court extended Defendants' opposition deadline to July 29, 2026. Minute Order dated July 17, 2026. The challenged policy and the resulting impairment of IALDF's legal-services work remain ongoing.

6. A hearing no later than August 5, 2026, would comply with Local Civil Rule 65.1(d), permit prompt consideration of the motion following Defendants' opposition, and reduce

any prejudice caused by continued delay. Pursuant to Local Civil Rule 7(m), counsel for IALDF conferred with counsel for Defendants to determine whether there is any opposition to this motion. Defendants' counsel stated that "the government takes no position on Plaintiff's motion, but asks that in the event the Court schedules a hearing, that the Court give government counsel an opportunity to provide scheduling conflicts."

Dated: July 27, 2026

Respectfully submitted,

*s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick (DC Bar. No. 486293)
Hoyeon Kelly Lew (DC Bar No. 90028415)
Becca Steinberg (DC Bar No. 1736190)
(pending admission)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
mkirkpatrick@citizen.org
klew@citizen.org

Ali Rahnama (DC Bar No. 1032695)
Bardia Arasteh (pro hac vice forthcoming)
Iranian American Legal Defense Fund
1901 Pennsylvania Ave NW, STE 900
Washington, DC 20006
(202) 339-1255
ali.rahnama@ialdf.org
barasteh@ialdf.org

*Attorneys for Plaintiff Iranian American Legal Defense Fund*