**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>*Defendants*. | Civil Action No. 26-2375-ACR |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Set Hearing on Motion for Stay Under 5 U.S.C. § 705 and for a Preliminary Injunction, it is hereby

ORDERED that a hearing on Plaintiff's motion shall be held on ____________, 2026, at __________, in Courtroom _____.

SO ORDERED.

____________________
U.S. District Judge