UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>Defendants. | Civil Action No. 26-2375 (ACR) |

**DEFENDANTS' NOTICE**

During the August 5, 2026, hearing on Plaintiff's motion for preliminary injunction, undersigned counsel referenced an email exchange between the Court and the parties. Aug. 5, 2026, Hr'g Tr. at 42:22-25 ("But additionally -- and this was subject to your Honor's question yesterday to the parties of, when was the last time that these individuals had contact with the Iranian Interests Section?").

Attached hereto as exhibit 1 is the referenced communication because "[a]bsent a record which reflects all that occurred in the District Court, effective appellate review is precluded." *In re Barnard*, 455 F.2d 1370, 1373 (D.C. Cir. 1971) (holding that off-the-record communications between the parties and the Court are improper, and requiring that all communications be "held in open court on the record" or with a reporter present, or the Court must make a record of "what was discussed"); *accord Lee v. Habib*, 424 F.2d 891, 897 (D.C. Cir. 1970); *see also Confederate Memorial Ass'n v. Hines*, 995 F.2d 295, 301 (D.C. Cir. 1993).

Defendants' position is that communications in this matter should occur on the public record. To the extent any communications occur off the public record, Defendants request that they promptly be filed on the public docket.

Dated: August 12, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *_/s/ Dimitar P. Georgiev_*
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
DHRUMAN SAMPAT
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*