| | |
|---|---|
| **From:** | Michael Kirkpatrick |
| **To:** | Reyes Chambers; arahnama@law.gwu.edu; Becca Steinberg; Kelly Lew; Georgiev-Remmel, Dimitar (USADC); Sampat, Dhruman (USADC) |
| **Subject:** | [EXTERNAL] Re: Information Request (26-cv-2375) |
| **Date:** | Tuesday, August 4, 2026 6:57:33 PM |

Dear Ms. Deering,

Declarants P.M., S.O., A.M., N.Y., and N.A. all interacted with an official of the Islamic Republic of Iran on or about November 2025.

Best,

Michael T. Kirkpatrick

---

**From:** Reyes Chambers <Reyes_Chambers@dcd.uscourts.gov>
**Sent:** Tuesday, August 4, 2026 4:54 PM
**To:** arahnama@law.gwu.edu <arahnama@law.gwu.edu>; Becca Steinberg <bsteinberg@citizen.org>; Kelly Lew <klew@citizen.org>; Michael Kirkpatrick <mkirkpatrick@citizen.org>; Georgiev-Remmel, Dimitar (USADC) <dimitar.georgiev-remmel@usdoj.gov>; dhruman.sampat@usdoj.gov <dhruman.sampat@usdoj.gov>
**Subject:** Information Request (26-cv-2375)

Counsel,

The Court is requesting additional information from Plaintiff in advance of tomorrow's hearing in 26-cv-2375.  The Second Ali Rahnama Declaration, Dkt. 9-4, summarizes the detained individuals' direct encounters with Islamic Republic of Iran officials.  Of those summaries, only two---the E.R. Declaration (Exhibit 2.F) and the C.Y. Declaration (Exhibit 2.L)---include the approximate date of the incident or contact.

By 12pm tomorrow (8/5), can Plaintiff please provide the Court with any additional information available regarding the dates on which the officials contacted or interacted with the other individuals---P.M., S.O., A.M., N.Y., and N.A.?

Thank you,

**Thomasina H. Deering (Tommie)**
Law Clerk to Judge Ana C. Reyes
U.S. District Court for the District of Columbia
(202) 354-3351