**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IRANIAN AMERICAN LEGAL DEFENSE FUND,

*Plaintiff*,

v.

MARCO RUBIO, in his official capacity as Secretary of State, et al.,

*Defendants*.

Civil Action No. 26-2375-ACR

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Emergency Motion for Expedited Discovery, it is hereby ORDERED the motion is GRANTED. Defendants are ordered to respond to Plaintiff's discovery requests no less than seven days before the evidentiary hearing.

SO ORDERED.

_______________________
U.S. District Judge