**From:** Michael Kirkpatrick
**To:** Georgiev-Remmel, Dimitar (USADC); Sampat, Dhruman (USADC)
**Cc:** Becca Steinberg
**Subject:** [EXTERNAL] RE: IALDF v. Rubio, No. 26-2375
**Date:** Friday, August 14, 2026 9:43:27 AM

We'll note that in our motion. We're happy to share the discovery requests but they are not finished. We will attach them as exhibits to the motion and file as soon as they are finished.

In general, district courts have broad discretion over discovery and use "reasonableness" to determine whether to order expedited discovery.

---

**From:** Georgiev-Remmel, Dimitar (USADC) <Dimitar.Georgiev-Remmel@usdoj.gov>
**Sent:** Friday, August 14, 2026 9:37 AM
**To:** Michael Kirkpatrick <mkirkpatrick@citizen.org>; Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Cc:** Becca Steinberg <bsteinberg@citizen.org>
**Subject:** RE: IALDF v. Rubio, No. 26-2375

Michael,

That does not answer either question I posed below. We ask again for the discovery requests and the legal basis for seeking that discovery.

If Plaintiff prefers to proceed without further conferral, the government opposes.

Thank you,
Dimitar

---

**From:** Michael Kirkpatrick <mkirkpatrick@citizen.org>
**Sent:** Friday, August 14, 2026 9:12 AM
**To:** Georgiev-Remmel, Dimitar (USADC) <Dimitar.Georgiev-Remmel@usdoj.gov>; Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Cc:** Becca Steinberg <bsteinberg@citizen.org>
**Subject:** [EXTERNAL] RE: IALDF v. Rubio, No. 26-2375

The discovery will be tailored to the issues the Court wants to hear about at the evidentiary hearing, such as whether the policy exists. We realize the index to the AR is not due for another 6 weeks or so, but we think getting some discovery before the hearing will promote efficiency. Whether to allow iit is within the court's discretion.

**From:** Georgiev-Remmel, Dimitar (USADC) <Dimitar.Georgiev-Remmel@usdoj.gov>
**Sent:** Friday, August 14, 2026 9:08 AM
**To:** Michael Kirkpatrick <mkirkpatrick@citizen.org>; Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Cc:** Becca Steinberg <bsteinberg@citizen.org>
**Subject:** RE: IALDF v. Rubio, No. 26-2375

Michael,

What discovery does Plaintiff seek and for what purpose? To permit effective conferral, please send Plaintiff's contemplated discovery requests.

I note that this is an extraordinary request in an APA case. As you know, APA cases are reviewed on the administrative record and Plaintiff here has failed to allege the existence of a reviewable final agency action; so, please provide the legal basis Plaintiff believes entitles it to discovery.

Thank you,
Dimitar

**From:** Michael Kirkpatrick <mkirkpatrick@citizen.org>
**Sent:** Friday, August 14, 2026 8:59 AM
**To:** Georgiev-Remmel, Dimitar (USADC) <Dimitar.Georgiev-Remmel@usdoj.gov>; Sampat, Dhruman (USADC) <Dhruman.Y.Sampat@usdoj.gov>
**Cc:** Becca Steinberg <bsteinberg@citizen.org>
**Subject:** [EXTERNAL] IALDF v. Rubio, No. 26-2375

Hello Dimitar and Dhruman,

Plaintiff intends to file a motion for leave to take limited written discovery before the evidentiary hearing.

Can you please let me know Defendants' position on the motion?

Thank you.

-Michael

Michael T. Kirkpatrick

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7728
mkirkpatrick@citizen.org