**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>*Defendants*. | Civil Action No. 26-2375-ACR |

**INDEX OF EXHIBITS TO PLAINTIFF'S PRE-HEARING SUBMISSIONS**

Ex. 1 Supplemental Declaration of S.O.

Ex. 2 Supplemental Declaration of E.R.

Ex. 3 Supplemental Declaration of A.M.

Ex. 4 Supplemental Declaration of N.Y.

Ex. 5 Supplemental Declaration of N.A.

Ex. 6 Supplemental Declaration of C.Y.

Ex. 7 (Redacted) Second Declaration of Cyrus Mehri

Ex. 8 Supplemental Declaration of Ali Rahnama

Ex. 9 ICE Emails

Ex. 10 Declaration of D.K.

Ex. 11 Declaration of F.B.

Ex. 12 Declaration of G.W.

Ex. 13 Declaration of J.H