# Supplemental Declaration of S.O.

# SUPPLEMENTAL DECLARATION OF [redacted]

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

I, [redacted] (A# [redacted]), hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information I received from another person; where I do, I identify the source of the information and I believe it to be true.

## My Earlier Declaration

1. On December 2, 2025, at Eloy Detention Center, I signed a declaration describing my background, my fear of return to Iran, and the disclosure of information to the government of the Islamic Republic of Iran (the "regime"). I understand that my declaration was submitted to the United States District Court for the District of Columbia in Iranian American Legal Defense Fund v. Rubio, No. 26-cv-2375, as Exhibit 2.B. I have reviewed my earlier declaration again. It remains true and correct. I make this supplemental declaration to provide additional detail about the visit that a representative of the regime's Interests Section made to my detention center, what information about our cases he had, and the confidential information in my immigration case.

2. The conversations I describe in this declaration took place in Farsi (Persian), my native language, except where I say otherwise. Quotations are my best recollection of what was said, translated into English.

## My Asylum Case and the Confidential Information in It

3. As I described in my earlier declaration, my claims are based on my political protest activity since age 18 — including during the Mahsa Amini protests, my three-day detention in September 2023 over my protests and my studio's Instagram page, my solitary confinement in the "Pelak-e-100" facility in Shiraz, and the regime's pursuit of me afterward. In my immigration case I disclosed detailed information about my identity, my family, my activities, and the reasons I fear the regime. On August 15, 2025, the immigration judge denied my asylum claim pursuant to the CLP rule while finding my evidence and testimony

credible and persuasive, and approved withholding of removal; my motion to reconsider and my bond request were denied. Information about the fact that I sought asylum, what I said in support of it, my interviews, and the status of my case is exactly the information I understood the United States would keep from the regime. Disclosure of this information has put not only me but my family and acquaintances in serious danger.

**The Iranian Official's Visit to the Detention Center**

4. On or about **November 2025,** without explanation, facility administrators instructed several Iranian detainees, including me, to gather in the visitation area. The official introduced himself as [redacted], the Director of the Interests Section of the Islamic Republic of Iran in Washington, D.C. Besides me, present at the meeting were detainees [redacted], [redacted], [redacted], [redacted], [redacted] [redacted], [redacted], [redacted], another older Iranian detainee on wheelchair, and a tall white ICE officer which at the meeting had received a gift of full box of "gaz" (an Iranian sweet) from Mr. [redacted].

5. The official, [redacted], had a list of names in his hand, that he looked through it and told us, that I know you have applied for asylum and that I understand that many come here because of the hardships in Iran, but you can go back and nothing would happen to you unless you have a case in Iran. Reading through the list, it seems, he said, among you only one has not yet gone to the immigration court, he actually name the person. At one point, [redacted], one of the detainees, explained that she was worried about her husband and that they have been separated for months. Mr. [redacted] asked the white ICE officer present to check for the husband's name in ICE system, and the ICE officer started looking for his info on his phone right there. The ICE Officer was sharing his screen with and showing to Mr. [redacted] his phone screen as he was searching for information and letting him read through it. Then, Mr. [redacted] turned around to [redacted] and told her that unfortunately her husband is on the list of the flight set for December 7, 2025.

6. When one of the detainees told him to leave us alone, he replied that "nothing will happen to you." When he was asked about hijab enforcement, he commented sarcastically, implying that political protest can cause persecution even in the United States. He told us that I know people who have been in detention for years implying that we will be stuck in detention forever to scare us. To also persuade us to go back, he told us the regime is different now and encouraged us to return to Iran, minimizing the dangers facing us if returned. When detainees corrected him — distinguishing between Iran and the Islamic Republic — he ignored the

distinction. This is less than two months before the Iranian regime massacred tens of thousands of Iranians in January 2026.

7. During the meeting he handed me his business card. In front of him, I wrote the words "blood washer" on the card and showed it to him. I kept the card, and it is attached to my earlier declaration. The card bears his name, his title, and shows the Iranian Interest Sections' information.

8. I have never given the Interests Section of the Islamic Republic of Iran, or any other arm or representative of the regime, permission to receive information about me, my immigration case, or my asylum claim. No one from the United States government ever asked for my consent to share information about me or my case with the regime or its representatives, and I never consented.

9. Seeing a regime official inside a U.S. detention facility, looking like a kind of person I had to run away from for my life, holding our names and detailed knowledge of our asylum cases, shared by a government I have taken refuge to, was terrifying. He looked exactly like the regime intelligence operatives I encountered in Iran, and other asylum seeker detainees reacted the same way, in fear and shock. Many of us fled Iran to escape repression, political persecution, or religious harassment. Now that the regime has been given information about me — including that I sought protection in the United States —I face a new cause for the regime to interrogate, torture, imprisonment, and possibly execute me if I am ever returned, and my family in Iran is also exposed to reprisal.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on the 28 day of September, 2026,

at City of Austin, State of Texas.

[signature] [redacted]

[redacted]