# Supplemental Declaration of E.R.

# SUPPLEMENTAL DECLARATION OF [redacted]

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

I, [redacted] hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information I received from another person; where I do, I identify the source of the information and I believe it to be true.

## My Earlier Declaration

1. On June 18, 2026, at San Luis Detention Facility, I signed a declaration describing my background, my fear of return to Iran, and the disclosure of information to the government of the Islamic Republic of Iran (the "regime"). I understand that my declaration was submitted to the United States District Court for the District of Columbia in Iranian American Legal Defense Fund v. Rubio, No. 26-cv-2375, as Exhibit 2.F. I have reviewed my earlier declaration again. It remains true and correct. I make this supplemental declaration to provide additional detail about the telephone call with a representative of the regime's Interests Section that ICE required me to take, exactly what she knew about my asylum case, and the later transfer to Otay Mesa for another meeting with regime representatives.

2. The conversations I describe in this declaration took place in Farsi (Persian), my native language, except where I say otherwise. Quotations are my best recollection of what was said, translated into English.

## My Asylum Case and the Confidential Information in It

3. As I described in my earlier declaration, I am a Christian convert from Islam, baptized in 2017 in Türkiye. I evangelized in Iran; at the end of summer 2024 I was stopped by Iranian police, my phone was searched, revealing my pictures in church and my identity as a Christian, and I was beaten as an "infidel" before I escaped; and after I left Iran on January 2, 2025, my home was raided, officers told my father I am a "dirty Christian," and my father — who has threatened my life for my faith — realized I converted. I am an applicant for asylum, withholding of removal, and protection under the Convention Against Torture, and my case

remains pending before the Immigration Court. In connection with my immigration case I disclosed detailed information about my identity, my family, my friends, my political opinion, my religion, and the reasons I fear the regime, in reliance on the confidentiality protections of U.S. and international law and the U.S. government's assurances that this information would [redacted] not be shared with the Iranian regime. After I arrived in the U.S. and before my fear interview in two separate meetings with ICE and FBI about my background, they told me that my information will not be shared with the regime or anyone else, and they will remain safely with US [redacted]

**The Telephone Call ICE Required Me to Take from the Interests Section**

~~ICE officer [illegible]~~

4. In October 2025, while I was in detention at San Luis Detention Facility, ~~I was taken by ICE~~ [redacted] ~~to a phone booth and forced to speak with a representative of the Iranian regime from the~~ [redacted] ~~Iranian Interests Section~~. ICE officer [redacted] took me to intake and to a room and handed me his iPhone and told me it is translate talk to them, and I talked to a woman on the other side, she introduced herself to be from the Iranian Interests section, and ~~The representative was a woman~~ that "I know that your ~~[illegible]~~ fear interview has been rejected, and ICE has asked us to issue a travel document for you." [redacted]

[redacted] 5. ~~The representative knew about my asylum claim and where I was in my asylum process. She told me that my asylum case had been denied and that I should go back to Iran~~. I told her that [redacted]. You know that I am a Christian convert and that I have a judicial case against me in Iran that ~~her~~ your regime is pursuing against me. She told me that she does not care and that I should go back — and that if I do not voluntarily go back, "the U.S. will send me to Africa." I had never spoken with the Interests Section before this call, and I never gave it any information about myself or my case.

[redacted]. She added that "No where else would be safe for you."

~~[illegible]~~, [redacted]

~~[illegible]~~ [redacted]

**The Transfer to Otay Mesa for Another Meeting with Regime Representatives**

6. About three weeks after this call, ICE rounded up all the Iranians in my detention facility — if I remember right, six men and three women — and transferred us to the Otay Mesa Detention Facility. When we got there, they told us we were meeting with a representative of the Iranian regime. I strongly refused and did not go to the meeting. I was transferred back to the San Luis Detention Facility, where I have been detained.

7. I have never given the Interests Section of the Islamic Republic of Iran, or any other arm of the regime, permission to receive information about me, my immigration case, or my asylum claim. No one from the United States government ever asked for my consent to share information about me or my case with the regime or its representatives, and I never consented.

8. Now that the regime knows my identity, my location in U.S. detention, my asylum claim, and its status, I face a new and independent lethal risk that did not exist in the same way before the disclosure: I have been identified to the very government I ran away from — and to a father who has threatened my life — as a Christian convert who sought protection from the United States. The Iranian representative's threat that I would be sent "to Africa" if I did not return voluntarily to Iran, [redacted] also makes me afraid that I will be removed to a third country where the regime can reach me. This was before any Iranian was sent to Africa. Now that many other Iranian asylum seekers have been sent to Africa, this threat is very real and that the Iranian Interest Section and the regime had and has direct knowledge of ICE plans.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on the 02 day of September, 2026,

at Detention Facility of otay mesa City of otay mesa, State of CA.

[redacted]

[redacted]