# Supplemental Declaration of A.M.

# SUPPLEMENTAL [redacted]

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

I, [redacted] hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information I received from another person; where I do, I identify the source of the information and I believe it to be true.

## My Earlier Declaration

1. On June 19, 2026, at Eloy Detention Center, I signed a declaration describing my background, my fear of return to Iran, and the disclosure of information to the government of the Islamic Republic of Iran (the "regime"). I understand that my declaration was submitted to the United States District Court for the District of Columbia in Iranian American Legal Defense Fund v. Rubio, No. 26-cv-2375, as Exhibit 2.G. I have reviewed my earlier declaration again It remains true and correct. I make this supplemental declaration to provide additional detail about the meeting with the Director of the regime's Interests Section that ICE required me to attend, and exactly what he had and said about our asylum cases.

2. The conversations I describe in this declaration took place in Farsi (Persian), my native language, except where I say otherwise. Quotations are my best recollection of what was said, translated into English.

## My Asylum Case and the Confidential Information in It

3. As I described in my earlier declaration, I am a Christian convert from Islam, baptized in 2011, and was part of an underground church. Due to my belief, I was captured and sentenced to 80 lashes in 2023, which was temporarily suspended; I was fired from my job under regime pressure; in fall of 2024 my apartment was raided and my notes, Bibles, and electronics were confiscated; and I ran away from Iran about a week before my court date, on December 19, 2024. My case (asylum, withholding, and protection under the Convention Against Torture) remains pending on appeal before the BIA. In connection with my immigration case, I disclosed detailed information about my identity, my family, my political opinion, my religion

— including my church and the people in it — and the reasons I fear the regime, in reliance on the confidentiality protections of U.S. and international law and the U.S. government's assurances. Indeed, one of the reasons we ended up in the U.S. was the belief that the U.S. Law would prevent our information to get back to the regime. [redacted]

**The Meeting ICE Required Me to Attend with the Director of the Interests Section**

4. In or about November 2025, I was called by ICE, along with other Iranian detainees, to go to the North Visiting section, and forced to meet with the Director of the Iranian Interests Section, [redacted]. We were about seven men and six or seven women detainees in the meeting. [redacted] From Corecivic staff, I recollect Ms. Olivas present, and an ICE [redacted] officer, blue eyes, white, probably around 60 years old. In the meeting, the following detainees were also present: [redacted]

5. He was trying to convince us to go back to Iran. He had a list of our names, and he knew where we are in our asylum process. He said we should be OK to go back unless there is a judicial proceeding against us. In response to why you are insisting on our return, he, [redacted] told us that 'based on the list given to us, I know who has their asylum claim denied and whose asylum case is [redacted] still Pending.' He continued, 'But I Promise you that under this administration none of you would be released or they will send you [redacted] to Africa."

6. When I saw him, I was disgusted with the U.S. government for forcing us to meet the agents of the regime, and I told my pod manager so. My Pod Manager is J. Domiata. [redacted] when we were forced to come to North Visit to meet with him, we were provided no information on whether we could refuse meeting him.

7. I have never given the Interests Section of the Islamic Republic of Iran, or any other arm of the regime, permission to receive information about me, my immigration case, or my asylum claim. No one from the United States government ever asked for my consent to share information about me or my case with the regime or its representatives, and I never consented.

8. Now that information about my asylum claim and detention records has been given to the Iranian regime, I face a new and independent lethal risk that did not exist in the same way before: I have been identified, by the U.S. government, to the very government I ran away

[redacted] (2)

from — a government that has already sentenced me to 80 lashes for my faith, with worse waiting [illegible]. for me if returned.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on the 01 day of September, 2026,

at Detention Facility of Eloy Detention Center City of Eloy, **State of** Ar.

[redacted]

[redacted]