# Supplemental Declaration of N.Y.

**SUPPLEMENTAL [redacted]**

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

I, [redacted] hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information I received from another person; where I do, I identify the source of the information and I believe it to be true.

**My Earlier Declaration**

1. On June 19, 2026, at Eloy Detention Center, I signed a declaration describing my background, my fear of return to Iran, and the disclosure of information to the government of the Islamic Republic of Iran (the "regime"). I understand that my declaration was submitted to the United States District Court for the District of Columbia in Iranian American Legal Defense Fund v. Rubio, No. 26-cv-2375, as Exhibit 2.H. I have reviewed my earlier declaration again. It remains true and correct. I make this supplemental declaration to provide additional detail about the meeting with the Director of the regime's Interests Section that ICE required me to attend, and what he said about our cases.

2. The conversations I describe in this declaration took place in Farsi (Persian), my native language, except where I say otherwise. Quotations are my best recollection of what was said, translated into English.

**My Asylum Case and the Confidential Information in It**

3. As I described in my earlier declaration, I am a Christian convert from Islam. I was expelled from my university, where I was pursuing my master's degree in architectural technology, for my religious activities and belief. When my house was raided by the regime police, they found Bibles in my house. My wife and I were very active for women's rights. My case (asylum, withholding, and protection under the Convention Against Torture) remains pending on appeal before the BIA.

[redacted]

In connection with my immigration case, I disclosed detailed information about my identity, my family, my political opinion, my religion, and the reasons I fear the regime, in reliance on the U.S. government's duty to follow its laws and international law and its assurances that this information would not be shared with the Iranian regime.

**The Meeting ICE Required Me to Attend with the Director of the Interests Section**

[redacted]

4. In or about November 2025, I, along with other Iranian detainees, was forced into a general meeting by ICE to meet the Director of the Iranian Interests Section in Washington, [redacted]. This happened without any advance notice to me. ~~He~~ came to the general meeting area of our detention center to convince us to go back to Iran. I remember the following also present [redacted] at the meeting: [redacted]

[redacted]

5. ~~He~~ said he knows about our cases, and that the U.S. "will keep you in a dungeon or send you [redacted] to Africa." ~~He said unless you have an open case in Iran, you should be fine.~~ He told us that based on the list given to us, I know that your asylum cases are denied, at which time he even read a few names as examples. he added that he is supposed to go around the U.S. to many more detention facilities.

[redacted]

[redacted]

6. I have never given the Interests Section of the Islamic Republic of Iran, or any other arm of the regime, permission to receive information about me, my immigration case, or my asylum claim. No one from the United States government ever asked for my consent to share information about me or my case with the regime or its representatives, and I never consented. I Also remember officer of ICE present to be a tall white person and CoreCivic staff to be Ms. Olivas.

[redacted]

7. Now that information about my asylum claim and detention records has been disclosed by ICE to the Iranian regime, I face a new and independent lethal risk and danger that did not exist in the same way before the disclosure: I have been identified to the very government I ran away from for my life. This disclosure has materially increased the chances that I will be detained, interrogated, tortured, or killed if I am ever returned to Iran, and it has exposed my acquaintances and family who remain in Iran to reprisal. The Director's threat that the U.S. would keep us "in a dungeon" or send us "to Africa" also makes me afraid of being removed to a third country where the regime can reach me.

[redacted]

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on the 01 day of September, 2026,

at Detention Facility of Eloy Detention City of Eloy, State of Ar.

[redacted]

[redacted]