# Supplemental Declaration of C.Y.

[redacted]

## SUPPLEMENTAL DECLARATION OF [redacted]

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

I, [redacted], hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information I received from another person; where I do, I identify the source of the information and I believe it to be true.

### My Earlier Declaration

1. On July 14, 2026, at El Valle Detention Facility, I signed a declaration describing my background, my fear of return to Iran, and the disclosure of information to the government of the Islamic Republic of Iran (the "regime"). I understand that my declaration was submitted to the United States District Court for the District of Columbia in Iranian American Legal Defense Fund v. Rubio, No. 26-cv-2375, as Exhibit 2.L. I have reviewed my earlier declaration again. It remains true and correct. I make this supplemental declaration to provide additional detail about the telephone call from the regime's Interests Section that ICE required me to take, and exactly which details of my asylum case the representative recited to me.

2. The conversations I describe in this declaration took place in Farsi (Persian), my native language, except where I say otherwise. Quotations are my best recollection of what was said, translated into English.

### My Asylum Case and the Confidential Information in It

3. As I described in my earlier declaration, I participated in political protests in Tehran against the Islamic regime in 2018; I was detained on the street on June 2, 2018, held for seven days, and released on bail on June 9, 2018; on July 17, 2018, I was summoned to face charges of acting against national security, assembly and collusion, and propaganda against the state; and I escaped Iran on August 1, 2018. I also participated in the Woman, Life, Freedom protests in Vienna, Austria in 2022. Since I fled, agents of the Islamic Republic have continued to

regularly visit my family to ask about my whereabouts. My case (asylum, withholding of removal, and protection under the Convention Against Torture) remains pending on appeal before the BIA. In connection with my immigration case, I disclosed detailed information about my identity, my family, my political opinion, my religion, and the reasons I fear the regime — including in my fear interview — in reliance on the confidentiality protections of U.S. and international laws and norms, and the U.S. Government's assurances that this information would not be shared with the Iranian Regime.

**<u>The Telephone Call ICE Required Me to Take from the Interests Section</u>**

4. In or around December 2025, my pod officer told me that I had an incoming call. I was brought to the phones in the visitation area. I asked the officer stationed by the phones who was on the other line, and the officer told me that it was the Iranian consulate. I told this officer that I did not want to speak on the phone, as I had no interest in speaking to the Iranian consulate or any Islamic Regime representative. In response, the officer told me I had no choice, and that I would not be allowed to return to my pod until I answered the call. Realizing I had no choice, I was forced to speak on the phone to the Iranian consulate.

5. A female representative of the Iranian Regime from the Iranian Interests Section was on the line. She knew my name, my A-number, and all the details of my asylum case, including the basis of my asylum claim and where I was in my asylum process. She told me that she had the entire transcript of my fear interview. She told me that, as we spoke, she had my whole case file in her hands, and that this was all sent to them by ICE. I told the representative that I did not want to talk to them, and I hung up. The name of the female representative from the Iranian Interests Section was [redacted] During the phone call, [redacted] knew of and called me by both of my names: the incorrect one on my U.S. records, and my correct name. I had been using the incorrect name in Europe when I lived there. [redacted] also told me she knows all the countries I lived in previously, and all the countries I traveled through to reach the U.S. Also, I never gave the Iranian regime my incorrect name, but that was the name on my U.S. asylum paperwork.

[redacted] said she knows that the basis of my asylum claim is political activity against the regime. She said "I know you're against the regime. I have seen your final decision from your asylum case hearing. I know your asylum case is real." The call took about 5-6 minutes in total. The same day, I told my lawyer and friends about the call.

6. I have never given the Interests Section of the Islamic Republic of Iran, or any other arm of the regime, permission to receive information about me, my immigration case, or my asylum claim. No one from the United States government ever asked for my consent to share information about me or my case with the regime or its representatives, and I never consented.

7. Now that information about my asylum claim and detention records has been disclosed by ICE to the Iranian Regime, I face a new and independent lethal risk and danger that did not exist in the same way before the disclosure: I have been identified to the very government I ran away from for my life — a government that already summoned me on national-security charges and whose agents still visit my family to ask where I am. The disclosure has materially increased the likelihood that I will be detained, interrogated, tortured, or killed if I am ever returned to Iran, and it has exposed my family, friends, and acquaintances who remain in Iran to reprisal.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on the 23 day of September, 2026.

at Detention Facility of El Valle City of Raymondville State of Texas

[redacted]