**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>*Defendants*. | Civil Action No. 26-2375-ACR |

**SUPPLEMENTAL DECLARATION OF ALI RAHNAMA**

I, Ali Rahnama, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct. I have personal knowledge of the facts set forth below, based on my role at IALDF and my review of IALDF's personnel, payroll, and time records. If called as a witness, I could and would testify as follows.

1. This declaration is to supplement the first Declaration of Ali Rahnama, ECF No. 9-3, filed on July 15, 2026. During the hearing on August 5, 2026, the Court inquired as to the baseline number of staff and attorney hours at IALDF. *See* Hr'g Tr., ECF No. 29, at 16:19–22, 21:5–18. This supplemental declaration provides that information.

2. Until September 28, 2026, IALDF's internal legal team consisted of two full-time attorneys and one volunteer attorney:

   a. I, Ali Rahnama, as IALDF's Interim Executive Director and a member of its Board of Directors. During this period, at least 50% of my weekly time was spent on administrative rather than legal work;

   b. Bardia Arasteh, a full-time legal fellow employed by IALDF since March 13, 2026; and

   c. Cyrus Mehri, a member of IALDF's Board of Directors who volunteers with the organization. Mr. Mehri works full-time at his law firm, Mehri & Skalet, PLLC;

his legal work for IALDF is limited and pro bono, and his hours are not included in the attorney-hour figures below.

3. Since September 28, 2026, IALDF's internal legal team has consisted of three full-time attorneys and one volunteer attorney:

   a. Yasmine Chubin, who joined IALDF on September 28, 2026, as its first permanent Executive Director;

   b. I, Ali Rahnama; since stepping down as Interim Executive Director on September 28, 2026, I have continued to work for IALDF full-time as a legal and management consultant for a short transitional period, and I remain a member of IALDF's Board of Directors;

   c. Bardia Arasteh, a legal fellow; and

   d. Cyrus Mehri, in the volunteer capacity described in paragraph 2(c).

4. Four external attorneys also serve on IALDF's Case Review and Strategy Committee (CRC). The CRC typically meets once per month, for about an hour, and advises on IALDF's impact litigation and legal strategy. Between such meetings, IALDF staff periodically consult with CRC members for advice. Although the CRC provides strategy advice, it is not involved in IALDF's day-to-day legal work, including with respect to this case.

5. IALDF also has two full-time non-attorney employees. At the time of execution of the first Declaration of Ali Rahnama, IALDF had three summer interns, one high school and two university students, who have since concluded their summer internships. As of the date of this declaration, IALDF has hired one new part-time communications intern.

6. Prior to September 28, 2026, IALDF's two attorneys worked a combined total of approximately 80 hours per week on all IALDF legal and non-legal matters and tasks. Additionally, the two non-attorney full-time employees occasionally supported the attorneys with paralegal and research work. During the same period, IALDF's non-attorney staff worked cumulatively about 100 hours per week on all IALDF matters and tasks.

7. Across IALDF's small legal-services team, I estimate that disclosure-risk screening, safety planning, legal research about the information-sharing policy to advise clients, and related emergency communications have resulted in an increased demand on staff and attorney hours of about 15 hours per week — approximately 10 attorney hours and 5 non-attorney staff hours. As a result of the additional screening and counseling the challenged policy requires, each client intake and detention interview now takes approximately 20% longer than it did before. Also, in many cases, this issue adds additional days of visiting detainees as establishing the necessary trust has become a serious hurdle.

8. IALDF is a new and small non-profit organization with an annual budget of under $400,000.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8, 2026, in Washington, D.C.

Ali Rahnama

**Ali Rahnama**
Iranian American Legal Defense Fund