***U.S. Embassy Branch Office Tel Aviv***
***+972 3 796*** (b)(6) ***(Office) / +1*** (b)(6),(b)(7)(C),(b)(7)(F) ***(Cell)***
(b)(6),(b)(7)(C),(b)(7)(F) *@ice.dhs.gov*

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Wednesday, September 3, 2025 9:07 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: Follow-Up on Iran Charter Flight and Next Steps

(b)(6),(b)(7)(C),(b)(7)(F)

Thank you for the manifest. The latest numbers on the WRD show 390 DFO cases. (b)(5) (b)(5) t? It sounds like you've developed a good working relationship with the Iranian desk in DC, (b)(5) (b)(5)

(b)(5) Like I mentioned in my last, we need to provide a complete ask on the first cut of the manifest. (b)(5) (b)(5) I'll hold for now to see what else we can add. I have until Thursday to get the manifest to our partners in Doha.

Aside from the Iranian manifest. (b)(5) (b)(5)

Best,
(b)(6),(b)(7)(C),(b)(7)(F)

***ERO Attaché***
***Immigration and Customs Enforcement***
***Department of Homeland Security***
***U.S. Embassy Branch Office Tel Aviv***
***+972 3 796*** (b)(6) ***(Office) / +1*** (b)(6),(b)(7)(C),(b)(7)(F) ***(Cell)***
(b)(6),(b)(7)(C),(b)(7)(F) *@ice.dhs.gov*

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Wednesday, September 3, 2025 1:35 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov> (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: Follow-Up on Iran Charter Flight and Next Steps

Good afternoon,

Attached is what I have for the proposed Iran flight.

The 212f cases should be cleared by then, highlighted.

I marked in red the ones that don't have a copy of their passport in (b)(7)(E)

Not all have a PP on person, the ones that don't I will be pushing for TD issuance as the Director states it should be easy to get verified for issuance.

He also would like to go onsite to a location or two to conduct interviews on a few of my choice. I can coordinate a location or two and make sure he talks to the correct individuals.

There are two GITMO cases, one ready to go the is 212f.

(b)(6),(b)(7)(C),(b)(7)(F)
DDO - Middle East/East Africa
Removal Management Division
Enforcement and Removal Operations
(b)(6),(b)(7)(C),(b)(7)(F) (mobile)

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Monday, September 1, 2025 2:44 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C)
(b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: Follow-Up on Iran Charter Flight and Next Steps

Good morning,

Circling back on the concept of (b)(5)
A (b)(5)

Last week I met with Qatari MOI and this morning I had a call with Qatar Airways (QR), both meetings were regarding the QR chartered Iranian removal mission we had planned for last week that fell apart. MOI now assures us that they have Iranian approval for the concept and QR is again ready to assist by approving a chartered aircraft for a plane-to-plane transfer in Doha.

Before we push ahead with the new attempt (b)(5)
(b)(5)
(b)(5)
(b)(5)

I need to have a final manifest NLT COB Washington, on Thursday, September 3. Upon receipt, I will share with Qatari MOI, who will work with the Iranian Embassy in Doha for their approval, and QR. Once the manifest goes out, there can be no additions as it will be used by the Iranian Embassy in Doha, Qatari MOI, and Qatar Airways for the final coordination and approval for the flight. Again, we cannot add any additional aliens after we disseminate the manifest, but we can pull aliens off without any concerns.

Please let me know how RMD/RIO wants to proceed.

Best,
(b)(6),(b)(7)(C),(b)(7)(F)

***ERO Attaché***
***Immigration and Customs Enforcement***
***Department of Homeland Security***
***U.S. Embassy Branch Office Tel Aviv***
***+972 3 796*** (b)(6),(b)(7)(C) ***(Office) /*** (b)(6),(b)(7)(C),(b)(7)(F) ***(Cell)***
(b)(6),(b)(7)(C),(b)(7)(F) *@ice.dhs.gov*

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Sunday, August 31, 2025 3:58 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** @ice.dhs.gov>
**Subject:** RE: Follow-Up on Iran Charter Flight and Next Steps

(b)(5)

I can add all passport holders and ones pending travel documents.

They tend to only issue to the ones wanting to go back so that is not very many. If you can assist on that from there it would be very appreciated.

(b)(6),(b)(7)(C),(b)(7)(F)
Middle East/East Africa
Removal Management Division
Immigration and Customs Enforcement
Enforcement and Removal Operations
500 12th Street SW
Washington, DC 20536
318-401 (b)(6),(b)(7)(C),(b)(7)(F)
(b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Date:** Sunday, Aug 31, 2025 at 2:10 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: Follow-Up on Iran Charter Flight and Next Steps

(b)(6),(b)(7)(C),(b)(7)(F)

Thanks for the readout on your meeting. It looks like there is some finger pointing going on, because the Qataris, MOI and MFA, are saying the Iranians did not approve in time. That said, also at play is slow inter-ministerial coordination between the Qatari ministries. They want to assist, but in their desire to do so, likely oversold how quickly they could get it done.

I had a meeting with MOI last week and they are on board agai (b)(5)
(b)(5)

(b)(5)

Let me know your thoughts.

Best,
(b)(6),(b)(7)(C),(b)(7)(F)
***ERO Attaché***

***Immigration and Customs Enforcement***
***Department of Homeland Security***
***U.S. Embassy Branch Office Tel Aviv***
***+972 3 796[redacted] (Office) / +(b)(6),(b)(7)(C),(b)(7)(F) (Cell)***
(b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Friday, August 29, 2025 10:14 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** Follow-Up on Iran Charter Flight and Next Steps

I wanted to provide an update regarding my conversation today with the Director at the Iran Embassy.

The Director raised questions about why the charter flight did not proceed as planned. He mentioned that both he and the Ambassador in Doha were aware of the flight, as we had discussed it last week. After I clarified the situation again, he noted that approval was not sought from the appropriate individuals—specifically, the Ambassador. He emphasized that we can schedule another charter flight at any time, provided we request approval through the proper channels.

Iran has requested that I amend the previous manifest and expedite the removal process. (b)(5) (b)(5). I welcome your thoughts or recommendations on this timeline.

Additionally, the Director expressed willingness to travel to Louisiana to meet with relevant parties, issue travel documents, and verify citizenship for individuals slated for removal.

Please let me know if there are any concerns or additional steps we should take to facilitate this process effectively.

Best regards,
(b)(6),(b)(7)(C),(b)(7)(F)
Deputy Division Officer – Middle East/East Africa
Removal Management Division
Enforcement and Removal Operations
(b)(6),(b)(7)(C),(b)(7)(F) (mobile)

***Department of Homeland Security***
***U.S. Embassy Branch Office Tel Aviv***
***+972 3 796 (b)(6),(b)(7)(C),(b)(7)(F) (Cell)***
(b)(6),(b)(7)(C),(b)(7)(F) *@ice.dhs.gov*

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Monday, September 15, 2025 11:46 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: Follow-Up on Iran Charter Flight and Next Steps

Thanks for the offer, you are more than welcome to join this week's meeting.

1. **Embassy Meeting:**
   I will be attending the Embassy again on Thursday or Friday for our weekly meeting. During my last meeting with the Iranian delegation, we discussed potential dates for the facility visit. With the President of Iran visiting the United States starting tomorrow and remaining until the 25th, they have suggested scheduling the visit for September 26th and 27th.
   **(b)(5)**
   (b)(5) To facilitate their review, I have provided a list of approximately 250 individuals, including passport numbers, to allow for verification in advance. This list also separates individuals with valid passports, most of whom Iran has already verified.

2. **Facility Coordination:**
   I have spoken with Acting FOD (b)(6),(b)(7)(C),(b)(7)(F) regarding the visit, and there are no issues from his perspective. I will follow up with the Facility AFODs to ensure there are no conflicting events scheduled during the proposed timeframe.

(b)(6),(b)(7)(C),(b)(7)(F)
DDO - Middle East/East Africa
Removal Management Division
Enforcement and Removal Operations
318-401 (b)(6),(b)(7)(C),(b)(7)(F) (mobile)

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Monday, September 15, 2025 10:35 AM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: Follow-Up on Iran Charter Flight and Next Steps

(b)(6),(b)(7)(C),(b)(7)(F), if needed, I can go with you to the embassy and convey to them the need and that I will be in Doha landed for this transfer and ask them to make this as successful as possible - not sure if that is helpful or not but I'm willing to try.

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>

**From:** (b)(6),(b)(7)(C),(b)(7)(F)
**Sent:** 5/21/2025 12:31:32 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) n
**Subject:** 05/20/2025 Read Out Iran DOS Meeting
**Attachments:** FTC IRAN.xlsx

Good morning,

AAR [redacted] and Myself met with DOS Iran Desk POC's.

We presented the recent FTC's (10 cases) and that this number will increase as most are coming from the same office. Additionally, that's enough cases for a small frame and the cases are ready to depart.

(b)(5),(b)(6),(b)(7)(C),(b)(7)(F)

Respectfully,

(b)(6),(b)(7)(C),(b)(7)(F)
DDO, Middle East and East Africa
HQ Removal Management Division
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
500 12th St SW, Mail Stop 5204
Room 8131
Washington, DC 20536
410) 97[redacted](C)

*Countries of Responsibility:*
*Afghanistan, Algeria, Cape Verde,*
*Georgia, Iran, Lebanon,*
*Papau New Guinea,*
*Somalia, Syria, Tajikistan,*
*Turkmenistan, Uzbekistan*

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.

(b)(6),(b)(7)(C),(b)(7)(F)
Acting Unit Chief, Air Charter Operations
Removal Division, ICE Air Operations
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Cell: 267-530(b)(6),(b)(7)(C),(b)(7)(F)
6335 S. Downwind Circle, Suite 104, Mesa, AZ 85212

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Wednesday, August 20, 2025 2:33 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov; @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: SHRC (b)(7)(E) Egypt-Qatar-India | Itinerary Review

Good afternoon,

Per the request from the Iran Embassy I added a few cases. T8 locked.

(b)(6),(b)(7)(C),(b)(7)(F)
DDO - Middle East/East Africa
Removal Management Division
Enforcement and Removal Operations
318-40(b)(6),(b)(7)(C),(b)(7)(F) (mobile)

**From** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Monday, August 18, 2025 2:35 PM
**To** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov; @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: SHRC (b)(7)(E) Egypt-Qatar-India | Itinerary Review

Updated manifest

(b)(6),(b)(7)(C),(b)(7)(F)
DDO - Middle East/East Africa
Removal Management Division
Enforcement and Removal Operations
318-40(b)(6),(b)(7)(C),(b)(7)(F) (mobile)

We will need SHRC packets for all 3 cases and they will need to transferred from their respective detention facilities to ASF.

Thank you.

(b)(6),(b)(7)(C),(b)(7)(F)
SDDO – Movement Operations – Commercial Air
Philadelphia Field Office – York, PA Sub-Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
(215) 828(b)(6),(b)(7)(C) (Mobile)

---

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Friday, September 26, 2025 12:36 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** FW: Assistance with Iranian Manifest Cases for LRIF Mission (b)(7)(E)

Good afternoon SDDO (b)(6),(b)(7)(C),(b)(7)(F)

FYSA, please refer to the email below. Thank you

(b)(6),(b)(7)(C),(b)(7)(F)
Supervisory Detention and Deportation Officer
San Francisco Field Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
**TDY - ERO New Orleans / Adams County Detention Center**
630 Sansome Street
San Francisco, CA 94111

NOTICE: This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Friday, September 26, 2025 12:33 PM
**To:** DOCC(b)(7)(E) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: Assistance with Iranian Manifest Cases for LRIF Mission (b)(7)(E)

Good afternoon,

The Iran Embassy just issued passports or travel documents for the three listed below. They requested they be added to the flight leaving out on the 29th. All 3 are housed in facilities within the NOL Field Office. DDO (b)(6),(b)(7)(C),(b)(7)(F) will bring the originals with her to the flight.

(b)(6),(b)(7)(C)
**Subject ID :** (b)(6),(b)(7)(C)
**WINN CORRECTIONAL CENTER**

(b)(6),(b)(7)(C)
**Subject ID** (b)(6),(b)(7)(C)
**ADAMS COUNTY DET CENTER**

(b)(6),(b)(7)(C)
**Subject ID** (b)(7)(E)
**ADAMS COUNTY DET CENTER**

(b)(6),(b)(7)(C),(b)(7)(F)
DDO - Middle East/East Africa
Removal Management Division
Enforcement and Removal Operations
318-40[redacted](mobile)

**From:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Sent:** Wednesday, September 24, 2025 5:08 PM
**To:** DOCC (b)(7)(E) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** RE: Assistance with Iranian Manifest Cases for LRIF Mission (b)(7)(E)

(b)(6),(b)(7)(C),(b)(7)(F)
DDO - Middle East/East Africa
Removal Management Division
Enforcement and Removal Operations
318-40[redacted](mobile)

**From:** DOCC (b)(7)(E) @ice.dhs.gov>
**Sent:** Wednesday, September 24, 2025 2:47 PM
**To:** (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Cc:** DOCC (b)(7)(E) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>; (b)(6),(b)(7)(C),(b)(7)(F) @ice.dhs.gov>
**Subject:** Assistance with Iranian Manifest Cases for LRIF Mission (b)(7)(E)

Greetings DDO (b)(6),(b)(7)(C),(b)(7)(F)

Thank you for providing the manifests. The DOCC has allocated the Egyptian and Iranian aliens listed in the attachments to the removal mission LRIF Mission # (b)(7)(E) (Qatar, Egypt, and Jordan).

Could you kindly assist by providing the removal offices for the cases on the Iranian manifest? This information will allow us to notify the respective offices that their cases have been allocated for the upcoming mission and ensure the individuals are positioned at the staging location ahead of the mission's launch date.

Thank you for your time and support.