# Declaration of D.K.

DECLARATION OF [redacted]

For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction

I, [redacted], hereby declare under penalty of perjury, pursuant to 28 U.S.C. 1746, that the following is true and correct to the best of my knowledge, information, and belief. The facts stated below are based on my own personal knowledge except where I indicate that a statement is made on information I received from another person; where I do, I identify the source of the information, and I believe it to be true.

On or about July 7, 2026 I was called by the detention officer to have a visit by I.C.E officer for my monthly paperwork which relates to my removal process by the title of "warning of failure of departure (I think I-229)"

Due to my concern of sending me back to Iran I asked the I.C.E officer who filled my paperwork to check my last update on my status by the I.C.E portal.

There were more than 6 I.C.E officer in the place I was called. Officer C. Zapata checked my personal profile and showd me he found the last update shows I am on a "SHRC" flight to Iran for "late July" without any exact date or any other

details. And all of the other officers were surprised because of removing Iranian citizens to their home country under war conditions. Before being called by I.C.E, I was made aware by other Iranian detainees in El Valle Detention facility about this flight because of one of the denied habeas corpus file of Iranian who was in removal; and the reason of deniying the case was a filing by DHS which stated that there is a flight to Iran to remove the Iranian citizens.

After being informed by I.C.E I tried to contact the consulate of Iran to make sure about the flight and find a way to survive based on the internal condition of country and war status. They ~~comfirmed~~ Confirmed the flight is real and mentioned they working on sending throw Egypt or Qatar (as I remember). But they recommended me to find and a way and try to stay and don't go back to Iran.

Executed on September 24, 2026
at Detention Facility of El Valle, Raymondville, Texas

Signature: [redacted]