# Declaration of F.B.

# DECLARATION OF [redacted]

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

I, [redacted]), hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information I received from another person; where I do, I identify the source of the information and I believe it to be true.

## Background

1. I am a citizen of Iran. I entered the United States in November 2024 through a scheduled CBP One appointment and have been detained by U.S. Immigration and Customs Enforcement ("ICE") since then. I am currently detained at the El Valle Detention Facility in Raymondville, Texas.

2. The conversations I describe in this declaration took place in Farsi (Persian), my native language, except where I say otherwise. Quotations are my best recollection of what was said, translated into English.

3. I have been convicted in absentia by an Iranian Revolutionary Court of political offenses and sentenced to Prison. A certified copy of that judgment is part of my immigration case record. My father, [redacted], is a high ranking official in the government of the Islamic Republic of Iran. My mother, [redacted] is an asylee and was released from immigration detention.

## My Asylum Case and the Confidential Information in It

4. I am an applicant for asylum, withholding of removal, and protection under the Convention Against Torture. In connection with my asylum case I disclosed detailed information to the United States government about my identity, my family — including my father's position and my mother's case — my political opinions, my conviction and sentence in Iran, and the reasons I fear the regime, in reliance on the confidentiality protections of U.S. law and the U.S. government's assurances that this information would not be shared with the Iranian regime or its agents.

[redacted]

**Contacts from the Iranian Interests Section**

5. During my detention I have been contacted by the Interests Section of the Islamic Republic of Iran in Washington, D.C. (the "Interests Section") on more than one occasion, [illegible]
[redacted] [illegible]. I never asked for any of these contacts. these contacts are initiated by [illegible] officers asking me to go to a kiosk at "back asylum" to speak with ICE that has phones. I came waiting for the call and when I answered, there was a woman who introduced her-self as [redacted] from Iranian Interest section in washington.

[redacted] **The Telephone Call ICE Arranged with [redacted]**

[redacted]

7. During the call, [redacted] told me, in Farsi, "ICE gave us your case." She also told me that they knew my mother had been released from immigration detention and that I was now alone in detention. She told me that they want me return to Iran. I had never given the Interests Section any information about myself, my mother, or my case.

8. [redacted] also told me that they had prepared a new passport for me. I already held a valid Iranian passport. I never applied for a new Iranian passport, never signed any application, never provided a photograph, and never authorized anyone to apply on my behalf. [illegible]
[redacted] [illegible] .

**ICE Tells Me I Am on the List for the End-of-July Flight to Iran**

9. On or about June 2026 . ICE [redacted] told me that there is a chartered flight to Iran [redacted] that I was on a list of deportees and that I would be deported on a flight to Iran at the end of July 2026.

I told my mother about this in a telephone call afterwards [illegible]. [illegible] Later, [redacted] my mother told me that someone from [redacted] office had called her to say my passport had already been issued and that I would soon be deported.

10. The flight to Iran at the end of July 2026 did not take place. About the end of July ICE officers told me the flight has been cancelled.
[redacted]

[redacted] (2)

**The Message About [redacted] (July 13, 2026)**

11. On or about July 13, 2026, I received a message relayed to me indirectly. A person who was deported from the United States to Iran on the January 2026 removal flight contacted other Iranian detainees at El Valle asked them to pass a message to me. ~~[illegible]~~ [redacted] ~~to contact a number for help.~~ [redacted] the message, Through those detainees ~~[illegible]~~, I was given the name, telephone number, and address of a [redacted] person identified as [redacted] and was asked to contact him. I understand that [redacted]. [redacted] works at the Interests Section. I did not contact [redacted] ~~[illegible]~~ ~~read this contact information to my mother, and she wrote it down.~~ [redacted]

**The Interests Section Arranges Pakistani Visas (August 26, 2026)**

12. On or about August 26, 2026, [redacted], an Iranian detainee held in my pod at El Valle, told me that a representative of the Interests Section had told him in a telephone call that same day that Iran had asked Pakistan to issue visas for him, for me, and for a few other Iranian detainees so that we could be moved to Pakistan and from Pakistan to Iran. He told me that [redacted] the person was [redacted]

I believe what he told me to be true. I called my mother the same day and told her what [redacted] had told me. My mother later told me that she called the Interests Section herself and that a woman who identified herself as [redacted] confirmed to her that they had asked the Pakistani embassy for a visa for me and a few others, and that the visa would probably be issued within about two weeks.

[redacted]

13. [redacted] I have never requested a visa from Pakistan ~~or from any other~~ [redacted] ~~country~~, and I have never consented to being sent to Pakistan ~~or to any country other than~~. No one from the U.S. government has ever asked me about getting or applying [redacted] for a visa for Pakistan. [redacted]

**Consent**

14. I have never contacted the Interests Section of the Islamic Republic of Iran, and I never asked for any of the contacts described above. I have never given the Interests Section, or any other arm of the regime, permission to receive information about me, my detention, my immigration case, my asylum claim, or my family. No one from the United States government ever asked for my consent to share information about me or my case with the regime or its representatives, and I never consented.

[redacted]

**My Fear**

15. I did not consent to any of these contacts, and I do not want to be returned to Iran, directly or through Pakistan or any other country. Based on the contacts described above, the preparation of a passport I never requested, ICE placing me on a removal flight, and the arrangement of Pakistani visas, I believe that my removal may be imminent and that the regime and ICE are working together to return me. If I am returned to Iran, I face the sentence already imposed on me. My father, beat me so severely while I was in Iran that both of my wrists were broken Because the regime now knows where I am, that I sought protection from it, and that my mother is no longer detained with me, I believe that if I am returned I will be imprisoned, tortured, and possibly killed.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, under the laws of the United States of America, and for all relevant international bodies and courts of competent jurisdiction, that the foregoing is true and correct to the best of my knowledge, information, and belief.

**Executed on:** september 29, 2026

**Location:** EL Valle Detention center

**Signature:** [redacted]

[redacted] (4)