# Declaration of G.W.

# DECLARATION OF [redacted]

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

I, [redacted]), hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information I received from another person; where I do, I identify the source of the information and I believe it to be true.

**Background**

1. I was born on [redacted] in Iran. On November 19, 2013, I began studying Computer Science [redacted] University, Naein branch. In March 2023, I met a woman at the gym who introduced me to Christianity. I began attending weekly house churches with her, and by March 2024 I considered myself a Christian. I was baptised in Nov. 2024. [redacted]

2. On October 29, 2024, while leaving from home [redacted] for work, three plainclothes IRGC officers — two men and one woman — stopped me outside my home. They blindfolded me, took me to an unknown location, and beat and psychologically tortured me. On October 30, 2024, I was taken to the Evin Revolutionary Court. My brother and his friend posted a one-billion-toman bail for my release. Terrified and in pain, I decided to flee Iran.

**My Asylum Case and the Confidential Information in It**

3. I entered the United States [redacted] and have been detained since. I am currently detained at the El Valle Detention Facility in Raymondville, Texas. I am applicant for asylum, withholding of removal, and protection under the Convention Against Torture in. My claim is based on my conversion to Christianity and my participation in house churches in Iran, and on my detention and beating by IRGC officers and my appearance before the Evin Revolutionary Court described above. In connection with my asylum case I disclosed to the United States government detailed information about my identity, my family, my religious conversion, the people with whom I worshipped, my detention and the case against me in Iran, and the reasons I fear the regime, in reliance on the confidentiality protections of U.S. law and the U.S. government's assurances that this information would not be shared with the Iranian regime or its agents.

[redacted]

**ICE Tells Me I Am on the List for the July 2026 Charter Flight to Iran**

4. On or about [redacted] early July 2026, about a dozen ICE officers entered my dorm at El Valle and called me by my Name. An older male ICE officer read from his mobile device that I was on the list of [redacted] deportees for a charter flight to Iran at the end of the month, and he showed me on his device what I believe was the name of the flight. Alongside me, another detainee [redacted] was called by her ICE officer and told the same, that she would be on a flight to Iran at the end of the month, July 2026. [redacted]

5. [redacted] Later that month, at the end of July, I recieved a message on my messaging system from ICE that [redacted] you will not be on this flight anymore, we are trying to put you on another flight soon. [redacted]

**What [redacted] was Told** [redacted]

6. Earlier that same day, [redacted], an Iranian man detained at El Valle, told me that he had received a call from a woman named [redacted] at the Iranian "consulate," which I understand to be the Interests Section of the Islamic Republic of Iran in Washington, D.C. (the "Interests Section"). He told me that she said there was a charter flight to Iran at the end of July and that he was on the list that ICE had given to the Interests Section. I believe what he told me to be true.

[redacted]

[redacted]

**Consent**

9. [redacted]. I have never given the Interests Section, or any other arm of the regime, permission to receive information about me, my detention, my immigration case, or my asylum claim. No one from the United States government ever asked for my consent to share information about me or my case with the regime or its representatives, and I never consented.

**My Fear**

10. I fled Iran because IRGC officers detained, blindfolded, beat, and psychologically tortured me and brought me before the Evin Revolutionary Court for my Christian faith. [redacted] Learning that ICE had given the regime's office a list of Iranian detainees with my name on it, [redacted] terrified me.

If I am returned to Iran, I believe I will be arrested on arrival for the pending case against me and for leaving Islam, and that my brother, who posted my bail, and the people I worshipped with will face reprisal. I am terrified that my Family is indanger for this illegal information sharing.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, under the laws of the United States of America, and for all relevant international bodies and courts of competent jurisdiction, that the foregoing is true and correct to the best of my knowledge, information, and belief.

**Executed on:** September 29, 2026

**Location:** EL Valle Detention facility

**Signature:** [redacted]