# Declaration of J.H.

# DECLARATION OF [redacted]

For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, committees, commissions, or relevant bodies, and other courts, tribunals, or committees, in other jurisdictions:

I, [redacted] pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My name is [redacted]). I am over the age of eighteen and competent to make this declaration. Except where I state that a fact is based on information I received from another person, the facts below are based on my personal knowledge. Where I describe information I received from others, I identify the source of that information, and I believe it to be true. If called as a witness, I could and would testify to these facts.

2. I make this declaration to describe what has happened to my family and the danger my son, [redacted], faces if he is returned to Iran. As I describe below, the government of the Islamic Republic of Iran (the "regime") issued my son a passport that he never requested. A caller from the regime's office in Washington, D.C. telephoned me, unsolicited, to tell me that my son would soon be deported — before ICE had told my son anything. A deportation flight to Iran was then scheduled for the end of July 2026 and was canceled only because hostilities resumed. And the regime's office has now confirmed to me that it has arranged for Pakistan to issue visas so that my son and other Iranian detainees can be moved to Iran through Pakistan.

## MY BACKGROUND

3. I am an asylee from Iran. I currently reside in Las Vegas, Nevada. My alien registration number is [redacted]

[redacted]

4. I am the mother of [redacted] is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the El Valle Detention Facility in Raymondville, Texas.

5. [redacted] father is my former husband, [redacted] We divorced approximately twenty years ago. He is a high-level official of the Islamic Republic of Iran.

6. I have long been an active and outspoken opponent of the regime, and I participated in protests against it in Iran.

**MY ARREST, TORTURE, AND DEATH SENTENCE IN IRAN**

7. I was arrested in Iran during the so called Aban 1398 protests of October and November 2019.

8. While detained, I was tortured extensively — so extensively that I lost the ability to bear children. Because of my former husband's influence within the regime, my treatment was especially severe. During my detention in Iran, I even heard my former husband's own voice [redacted] ~~[illegible] outside~~ inside [redacted] the room in which I was being tortured, although I was blindfolded. [redacted]

9. I have been sentenced in Iran to death by hanging, on charges of acting against the national security of the regime, spreading propaganda against the regime and working with foreign media, and slandering regime officials and the Supreme Leader.

**THE REGIME'S SENTENCE AGAINST [redacted] AND HIS FATHER'S VIOLENCE**

10. While [redacted] was still in Iran, his father beat him severely, breaking and shattering his wrists.

11. After [redacted] fled Iran, an Iranian court convicted him of working against the regime and sentenced him to seven years of imprisonment and ninety-nine lashes.

[redacted]

## THE REGIME CALLS ME ABOUT MY SON'S DEPORTATION — BEFORE ICE TELLS HIM

12. In or about early June 2026, I received a telephone call from the office of [redacted], the Director of the Iranian Interest Section in Washington on a number I did not recognize. I had never contacted that number, and I had never given my telephone number to the Interests Section of the Islamic Republic of Iran in Washington, D.C. (the "Interests Section").

13. The caller told me: "We have already issued [a] passport for [redacted] and will soon get him deported." At the time of this call, ICE had not yet told [redacted] that he would be deported at the end of July 2026. The regime told me before the United States told my son. I understood the call as another attempt by the regime to intimidate [redacted] and me, and I believe it was encouraged by my former husband.

## ICE PUTS [redacted] ON A LIST TO BE DEPORTED TO IRAN AT THE END OF JULY 2026

14. Later in June 2026, [redacted] told me in a telephone call from detention that ICE had told him that he is on a list of deportees and that he was to be deported on a flight to Iran at the end of July 2026.

15. That flight to Iran was canceled when hostilities — including the bombing of Iran — resumed at the end of July 2026.

## [redacted] FATHER MOVES TO BRING HIM BACK TO IRAN

16. In June 2026, around the same time that ICE told [redacted] he would be deported, [redacted] went to the home of my mother — [redacted] maternal grandmother — in Iran. My mother told me about the visit. He told my mother that he was going to bring [redacted] back, and told my mother that "you will see what I will do to him — the worst you can imagine."

[redacted]

17. My family has already submitted a declaration in [redacted] immigration case describing many similar incidents in which [redacted] father threatened my family, [redacted] and me — saying that he would soon get [redacted] back, that he had pushed for [redacted] passport to be issued expeditiously, and that he would leave [redacted] mother grieving for her son.

## THE REGIME ARRANGES PAKISTANI VISAS TO MOVE IRANIAN DETAINEES TO IRAN THROUGH PAKISTAN

18. On or about August 26, 2026, [redacted] called me from detention and told me the following: [redacted] an Iranian detainee held in [redacted] pod at El Valle, had told [redacted] that a representative of the Iranian Interests Section had told [redacted] in a telephone call that same day, that Iran had asked Pakistan to issue visas for [redacted] for [redacted] and for a few other Iranian detainees, so that they could be moved to Pakistan and from Pakistan to Iran — a chain refoulement.

19. After [redacted] call, out of concern and fear, I telephoned the Interests Section myself to see if I could get more information and to ask whether what [redacted] had heard was true. A woman who identified herself as [redacted] answered my call and confirmed that it was. She told me that the Iranian regime "has asked the Pakistani embassy for a visa for [redacted] and a few other[s]," and that the visa would probably be issued within two weeks. She also told me that [redacted] would be moved to Pakistan and sent on to Iran from there.

20. No one asked for [redacted] consent to any of this, and [redacted] has never consented to being sent to Pakistan or returned to Iran. I emphasized to [redacted] that [redacted] has not requested any visa from Pakistan.

## MY FEAR FOR MY SON'S LIFE

21. I know what the regime does to those it has condemned, because it did some of it to me — and it has condemned me to death. And I know what [redacted] father is capable of: he beat my son until his wrists were broken and shattered; his influence is the reason my own torture was so severe; and he has promised to do to [redacted] "the worst you can imagine" and to leave me grieving for my son. [redacted] already stands convicted, with seven years of imprisonment and ninety-nine lashes waiting for him in Iran. If [redacted] is returned to Iran — on a direct flight or through Pakistan — I believe he will be severely tortured or killed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 08/30/2026
Location: Las Vegas. Nevada

**Signature:** [redacted]

[redacted]