**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>*Defendants*. | Civil Action No. 26-2375-ACR |

**PLAINTIFF'S SUPPLEMENTAL PRE-HEARING SUBMISSION**

The Court has set a hearing for October 15, 2026, to (1) hear testimony on Plaintiff's motion for a stay under 5 U.S.C. § 705 and for a preliminary injunction, *see* ECF No. 9; (2) consider Plaintiff's emergency motion for expedited discovery, *see* ECF No. 31; and (3) conduct a pre-motion conference on Defendants' anticipated motion to dismiss, *see* ECF No. 37. Plaintiff Iranian American Legal Defense Fund (IALDF) previously filed its prehearing submission on October 8, 2026. *See* ECF No. 40.

Late in the day on October 13, 2025, Plaintiff was contacted for the first time by one additional detainee, B.W., whose confidential asylum information was shared with the Iranian Government. B.W. is an asylum applicant who was first detained by ICE at an appointment with USCIS on June 12, 2026, over three months after the hostilities with Iran began. A week later, on July 19, 2026, B.W. was forced to meet with two officials from the Iranian Interests Section who had confidential information about the details of his asylum case.

Because B.W. is in detention in California, and Plaintiff has spoken to him only by telephone, Plaintiff was unable obtain B.W.'s signature on a declaration in advance of the October

15, 2026, evidentiary hearing. However, B.W. has authorized IALDF to submit the declaration on his behalf. Accordingly, IALDF now submits two documents: (1) a signed declaration of Ali Rahnama about his conversations with B.W. and the manner by which the declaration was obtained; and (2) the declaration that B.W. has authorized to be filed on his behalf. IALDF will promptly seek B.W.'s signature and will submit a signed copy of B.W.'s declaration as soon as possible.

Dated: October 14, 2026

Respectfully submitted,

/s/ Michael T. Kirkpatrick

Ali Rahnama (DC Bar No. 1032695)
Bardia Arasteh (admitted pro hac vice)
Iranian American Legal Defense Fund
1901 Pennsylvania Ave NW, Ste. 900
Washington, DC 20006
(202) 339-1255
ali.rahnama@ialdf.org
barasteh@ialdf.org

Michael T. Kirkpatrick (DC Bar No. 486293)
Becca Steinberg (DC Bar No. 1736190)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7728
mkirkpatrick@citizen.org
bsteinberg@citizen.org

*Attorneys for Plaintiff Iranian American Legal Defense Fund*