# DECLARATION OF ALI RAHNAMA

I, Ali Rahnama, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct. The facts stated below are based on my own personal knowledge.

1. I submit this declaration to describe how I obtained and recorded the accompanying Declaration of [redacted] (A# [redacted]) on October 14, 2026 (submitted as Declaration of B.W.), and to explain the manner in which that declaration is being submitted. I do not purport to have personal knowledge of the events Mr. [redacted] describes; I attest only to the process set out below.

2. I am fluent in both English and Farsi (Persian).

3. Mr. [redacted] is detained by ICE at the immigration detention facility in [redacted], California. He is a witness regarding the disclosure of asylum information about Iranian detainees to the Islamic Republic of Iran.

4. On October 13, 2026, I spoke with Mr. [redacted] by telephone, in Farsi, for the first time. He described to me, in his own words, the events set out in his declaration, including a visit made to him in detention by a representative of the Iranian Interests Section.

5. After that conversation, I prepared the accompanying declaration in English, setting out the account that Mr. [redacted] had given me.

6. On October 14, 2026, I spoke with Mr. [redacted] again by telephone and I read the entire declaration aloud to him, in English and Farsi, translating it in full.

7. Mr. [redacted] told me that he understood the declaration; that each statement in it is true and correct and that he adopts it as his own declaration under penalty of perjury under the laws of the United States of America.

8. Mr. [redacted] told me that he is not able to sign the declaration himself before October 15, because he is in immigration detention. He expressly authorized me to submit it on his behalf, and he said that he will sign and provide his own executed version as soon as he is able to do so.

9. Accordingly, at Mr. [redacted]'s express direction and authorization, I submit the attached declaration on his behalf. I will file Mr. [redacted]'s own executed original as soon as it can be obtained.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on the 14th day of October, 2026, at **Washington, D.C.**

Ali Rahnama

Ali Rahnama
Iranian American Legal Defense Fund