# DECLARATION OF [redacted]

*For Submission to U.S. Courts, Immigration Authorities, International Human Rights Tribunals, Commissions, Committees, and Other Relevant Bodies or Courts of Competent Jurisdiction*

I, [redacted] hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief. The facts stated below are based on my own personal knowledge, except where I indicate that a statement is made on information I received from another person; where I do, I identify the source of the information, and I believe it to be true.

## Background and Language

1. I am a citizen of Iran. I have lived in the United States since 2015. I am currently detained by U.S. Immigration and Customs Enforcement ("ICE") at **California City, California**, where I have been held since **June 13, 2026**.

2. The conversations I describe in this declaration took place in Farsi (Persian), my native language, except where I say otherwise. Quotations are my best recollection of what was said, translated into English. This declaration was prepared from an account I gave by telephone and was read back to me in Farsi before I adopted it as true and correct, as described in the accompanying Declaration of Ali Rahnama.

## How I Came to the United States

3. I left Iran in late 1999. My brother, [redacted], was executed in Iran, in the mass executions of political prisoners in **1988,** because he was a supporter of the **People's Mojahedin Organization of Iran (PMOI or "the Organization").** After his execution, I was repeatedly summoned and interrogated by Iranian security agencies.

4. At the end of 1999, as my life was threatened by the Iranian regime, intending to reach Europe as a refugee, I crossed into Iraq from Iran, through Kurdistan border, and went to Camp Ashraf, a camp of the PMOI. I was about twenty-seven years old. My other brother [redacted] also ran away from Iran in year 2000 and joined me at the camp. Since 2000, I had requested to leave the camp 5 times, and my requests were denied by the Organization. The Organization officials would subject me to solitary confinement called "bangal," for two to three weeks and then would subject me to forced labor and interrogation and psychological torture as to why I want to leave and also threatened that they would pass me on to the Iraqi government to send me to Iran. I was held against my will by the Organization. My brother had to go through the same process.

5. The residents of the camp were given a "protected person" card by the American forces in 2003 after invasion of Iraq and were recognized as protected persons under the Fourth Geneva Convention by the UN. United States forces protected the camp until 2009.

6. In 2009, protection of camp Ashraf was transferred from the United States to the Iraqi government. After that, the camp was attacked by Iranian backed forces three times by land and a few times by projectiles and over 200 residents were killed, including people I knew, such as my friends [redacted] and [redacted]. From 2012, step by step, under the protection of American forces, we were moved to Camp Liberty. In 2014, at Camp Liberty, a delegation that identified itself as the United States government offered to relocate some of us. My brother and I agreed to be relocated to Albania, and in or about November 2014 we were flown with about **110** others to Tirana, Albania. About a week after I arrived, I officially separated from the Organization.

7. On or about September 2015, the United States government resettled me from Albania to the United States, traveling through Vienna, Austria, to New York. I was sent in a group of

about fifteen, including my brother; we traveled on a green travel document on which we had been issued a US visa by the US embassy in Tirana. The US person who took us through this process was [redacted]. I was paroled into the United States on humanitarian basis, and my parole was renewed about every three years. I eventually settled in California, where I have worked as a mechanic, and later bought a home and a car.

**<u>My Asylum Case and the Confidential Information in It</u>**

8. In or about 2020, I retained a lawyer, [redacted], and applied for asylum. In connection with my immigration and asylum case, I disclosed to the United States government detailed information about my identity; my family, including my executed brother; my years at Camp Ashraf and Camp Liberty; my history; and the reasons I fear the Islamic Republic of Iran—in reliance on the confidentiality protections of U.S. law and the government's assurances that this information would not be shared with the Iranian regime or its agents.

**<u>My Arrest and Detention</u>**

9. On June 12, 2026, I went to a scheduled appointment at an USCIS office in San Jose, California. A female officer questioned me, and her questions turned to the treatment I had experienced at Camp Ashraf in Iraq. I had no interpreter and limited English. Four officers then entered, told me they were from ICE, handcuffed me and placed a chain around my waist, and transported me about twelve hours by van to the facility in California City, where I arrived at about 4:00 a.m. I was in shock and had no idea what was happening or why. No one would respond to my questions either.

**<u>A Representative of the Iranian Interests Section Visited Me in Detention</u>**

10. On or about **June 19, 2026**—just a week after I was detained—a detention officer who is assigned to bring people for visits, who is a very tall white man, like about 2 meters, with brown

hair and light brown eyes, and told me that I had a "visitor." He would not tell me who I was supposed to meet with. I was confused and did not want to go, but I understood that I could not refuse, as I was new and knew from other detainees that if I refuse any ask from the officers they could send me to "delta," or solitary confinement. I was taken to a private room, about four meters by six meters, off the visitation area — not the usual visitation booths.

11. Two men were waiting. From the way they spoke and carried themselves, I understood that they were from the Islamic Republic of Iran because members of the Iranian security apparatus a certain demeaner, clothing style, and tone. One of them said that he was from Tehran, as I am. He identified himself as [redacted], and he gave me his business card, which I still have. The second man, introduced himself as [redacted] from the Iranian Interest Section, took notes throughout, asking me to repeat things so that he could write everything down. I was feeling very scared and shocked, but at the same time hatred for them as they had killed my brother. I couldn't leave as the door was locked and it only opened one way from outside.

12. [redacted] told me that he already knew a great deal about me. He said that they knew I had been with the **People's Mojahedin Organization (he used the Iranian regime's term, "Monafeqin")**; that I had come to the United States in 2015. For over 20 minutes, he questioned me, with the same way and manner I was interrogated in Iran, about my presence in Iraq and Albania and my involvement with PMOI. He asked me what I had done at Camp Ashraf, and he already knew what I had told the United States authorities about that period which only the US government had that intimate knowledge, such as he already knew how I had left Camp Ashraf and how and when I got to Albany, and that I had entered into the US on humanitarian Parol and that he mentioned because I had entered on humanitarian Parol, I wouldn't be able to get Asylum. He also added, by mentioning my lawyer, that these lawyers just receive money from you and they

wont do anything for you. He kept asking me whether I have participated in demonstrations against the Iranian regime in the US.

13. [redacted] also knew the details of my United States immigration cases including asylum. He said that he knew I had applied for asylum in 2020, and he named my lawyer, [redacted] He had my A-number and information about my case. When I asked how he knew these things, and whether the United States government had given the information to him, he would not say how; he told me only, "We know everything about you; do not worry." He added, I can issue you a passport, and I can personally put you on a plane to Iran, I have already sent two groups of 400 people and 150 to Iran. He said that these individuals were Iranians who had crossed into the United States through the Mexican border. He further stated that he had personally coordinated with the U.S. government and reached agreements concerning their deportation to Iran. He claimed that he had participated directly in discussions with U.S. officials about how to arrange these deportations, that he had authority over determining which individuals would be sent to Iran, and that he had personally assisted in carrying out their deportations. Every time he mentioned he could send me to Iran, I would respond to him that the US gov had brought me in legally, and the US has responsibility to protect me and I have always been in America legally and worked here. I told him that [redacted] has personally facilitated our travel to the US and he is a senior official in the US government.

14. He also knew about the group I had come with from Albania, saying that the trip "was supposed to be a hundred people but ended up being twenty-eight," in two groups of about fifteen. He asked me whether I had been tortured; I understood him to be asking about Camp Ashraf, and I told him that I had been held in solitary confinement there for weeks.

15. Throughout the meeting, [redacted] pressed me to return to Iran. He told me that they could help me, that I should go back to Iran, and that I had no future in the United States, as the United States government would never let me free and would send me to Central African Republic. He told me a few times that my asylum case would not be approved, and I shouldn't waste my time here. He said that if I gave the Iranian officials information, they would obtain a passport for me and would protect me, and that there would be no problem for me in Iran. I refused. I told him that I want to stay in the United States; that I know my life is in danger in Iran; that I have lived here for about eleven years; and that I have a home, a car, and work here.

16. To threaten me, [redacted] told me that my family were still supporters of the Organization, although they are not. I understood this as a threat that if I don't cooperate with him and if I don't go back to Iran, my family would be subject to reprisal. About six months earlier, my mother in Iran had had her passport confiscated and had been taken in and questioned every day for about a week about her two sons, my brother and I, in the United States and whether we still work with the Organization. They had asked my mother to share our intimate pictures in the US. The whole meeting felt like an interrogation by the Iranian security services, and Mr. [redacted] questioned me with the manner of an interrogator I had personally experienced in Iran.

**<u>Why I Believe the United States Gave the Iranian regime Information About Me</u>**

17. I never gave the Interests Section, or any other part of the Iranian regime, any information about myself or my immigration or asylum case, and I never agreed to meet with them. The only entity that knew I had applied for asylum in 2020, that had my A-number, and that knew my lawyer's name was the United States government. No one else had this information. Based on what [redacted] knew and recited to me, I believe that the United States government gave the Iranian regime information about me and my asylum case.

**Consent**

18. I have never contacted the Interests Section of the Islamic Republic of Iran, and I never asked for the visit described above. I have never given the Interests Section, or any other arm of the Iranian regime, permission to receive information about me, my detention, my immigration case, or my asylum claim. No one from the United States government ever asked for my consent to share information about me or my case with the Iranian regime or its representatives, and I never consented.

**My Fear**

19. I am scared to be returned to Iran. If I am returned, a certain death awaits me — because of my years in the Mojahedin camps, my brother's execution, my family's history, and because the Iranian regime now knows where I am and that I sought protection from the United States.

Executed on the 14 day of October, 2026.

Executed on [redacted] behalf, at his express direction and authorization given by him through telephone from California City Detention Facility on October 14, 2026, by Ali Rahnama, at Washington, DC. See the accompanying Declaration of Ali Rahnama.

[redacted]