**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND v. RUBIO et al.<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO A. RUBIO, in his official capacity as Secretary of State, et al.,<br><br>*Defendant*. | Case No. 1:26-cv-02375 (ACR) |

**ORDER**

As stated on the sealed record at today's ex parte hearing, the Court ORDERS the Government to notify the Court within 24 hours of the finalization of a plan to remove Iranians present in the United States to Iran, including any plan to remove Iranians present in the United States to third countries where Iran, or any official acting on behalf of Iran, will later coordinate the individuals' travel to Iran. This order should be read broadly to include any removal of Iranians present in the United States that could result in those individuals being sent to Iran.

The Court further ORDERS the Government to provide the Court five business days' written advance notice prior to removing any Iranian individual present in the United States to Iran or to a third country where Iran, or any official acting on behalf of Iran, will later coordinate the individual's travel to Iran. This order should be read broadly to include any removal of Iranians that could result in those individuals being sent to Iran.

As stated on the sealed record, the Court will permit a motion for reconsideration with respect to the notice requirement in this Order. If the Government intends to challenge the notice requirement, it shall send an ex parte email to the Court with a proposed briefing date.

The Court also ORDERS the Government to brief within 14 days its request that the transcript of the ex parte hearing remain under seal. The Government must address in the brief, with specificity, the basis for any assertion of national security, foreign relations, and other related concerns.

**SO ORDERED.**

Date: October 15, 2026

ANA C. REYES
United States District Judge