UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>Defendants. | Civil Action No. 26-2375 (ACR)<br><br>UNDER SEAL |

**DEFENDANTS' MOTION FOR LIMITED UNSEALING ORDER**

Defendants respectfully move this Court for an order to unseal the ex parte portion of the October 15, 2026, proceedings before the Court for the sole, limited purpose of the government to receive a transcript of that ex parte portion of the proceeding. This requested unsealing is solely to the government and not any other parties, including Plaintiff or the public. The government needs the transcript of that portion of the proceeding to prepare a response to the Court's Order. *See* Sealed Order (Dkt. 45) .

Dated: October 19, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Dimitar P. Georgiev*

DIMITAR P. GEORGIEV, D.C. Bar # 1735756
DHRUMAN Y. SAMPAT
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2500 (main)

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>Defendants. | Civil Action No. 26-2375 (ACR)<br><br>UNDER SEAL |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' sealed motion, and the entire record herein, it is hereby

ORDERED that Defendants' sealed motion is GRANTED, and it is further

ORDERED the Court Reporter shall provide to government counsel of record an unredacted copy of the transcript of the sealed, ex parte portion of the October 15, 2026, proceedings.

SO ORDERED:

__________________
Date

__________________________________
ANA C. REYES
United States District Judge