UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>Defendants. | Civil Action No. 26-2375 (ACR)<br><br>UNDER SEAL |

**DEFENDANTS' NOTICE**

Defendants provide this notice pursuant to the Court's Sealed Order (Dkt. 45). At 4:19 p.m. on October 22, 2026, ICE informed undersigned counsel that at 2:06 p.m. on the same day, ICE's Removal Management Division confirmed it has finalized a plan to remove certain Iranian nationals subject to a final order of removal. *See* 8 U.S.C. § 1231(a)(1)(A) ("when an alien is ordered removed, the Attorney General shall remove the alien from the United States within a period of 90 days (in this section referred to as the 'removal period')."

Dated: October 23, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Dimitar P. Georgiev*

DIMITAR P. GEORGIEV, D.C. Bar # 1735756
DHRUMAN Y. SAMPAT
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2500 (main)

*Attorneys for the United States of America*