**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IRANIAN AMERICAN LEGAL DEFENSE FUND v. RUBIO et al.

*Plaintiff*,

v.

MARCO A. RUBIO, in his official capacity as Secretary of State, et al.,

*Defendants*.

Case No. 1:26-cv-2375 (ACR)

**ORDER**

The Court ORDERS that the Government's motion for reconsideration or relief from the Court's October 15, 2026, order is due November 4, 2026. The Court further EXTENDS the Government's deadline to brief its request that the transcript of the ex parte hearing remain under seal until November 4, 2026.

**SO ORDERED.**

Date: October 27, 2026

ANA C. REYES
United States District Judge