**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>*Defendants*. | Civil Action No. 26-2375-ACR |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISSOLVE**

On November 4, 2026, Defendants filed under seal a motion to dissolve the Court's order of October 15, 2026. *See* ECF No. 51. The Court's order had been entered *ex parte* and was filed under seal. *See* ECF No. 45. Plaintiff became aware of the subject of the order and Defendants' motion to dissolve it on November 5, 2026, when the Court directed the Clerk to unseal the order and the motion. The Court further ordered that Plaintiff file any response to Defendants' motion by November 11, 2026. *See* Minute Order of Nov. 5, 2026.

Plaintiff respectfully requests that the Court extend its deadline to respond to Defendants' motion by five days, to November 16, 2026. This is Plaintiff's first request for an extension of time, and there is good cause supporting this motion. Plaintiff has just become aware of the order and motion and had not anticipated the need to draft a response on short notice. Plaintiff's counsel have several competing deadlines. Further, Defendant's motion is 16 pages and makes numerous arguments. A short extension of time will allow Plaintiff's counsel to draft a thorough response. The requested extension will not affect any other deadlines, and Defendants will not be prejudiced if the Court grants the requested relief. Indeed, Defendants stated in their motion that they would

not oppose Plaintiff being provided two weeks from the Court's lifting of the sealing order to file their response. *See* ECF No. 51, at 1 n.1.

Pursuant to Local Civil Rule 7(m), the parties conferred, via counsel, and Defendants' counsel stated that Defendants do not oppose the requested relief.

For these reasons, Plaintiff respectfully requests that the Court grant this motion and extend Plaintiff's deadline to respond to Defendants' motion to dissolve to November 16, 2026.

Dated: November 6, 2026

Respectfully submitted,

/s/ Michael T. Kirkpatrick

Michael T. Kirkpatrick (DC Bar No. 486293)
Becca Steinberg (DC Bar No. 1736190)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7728
mkirkpatrick@citizen.org
bsteinberg@citizen.org

Ali Rahnama (DC Bar No. 1032695)
Bardia Arasteh (admitted pro hac vice)
Iranian American Legal Defense Fund
1901 Pennsylvania Ave NW, Ste. 900
Washington, DC 20006
(202) 339-1255
ali.rahnama@ialdf.org
barasteh@ialdf.org

*Attorneys for Plaintiff Iranian American Legal Defense Fund*