**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>*Defendants*. | Civil Action No. 26-2375-ACR |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for extension of time, it is hereby

ORDERED the motion is GRANTED. Plaintiff shall file any response to Defendants' motion to dissolve by November 16, 2026.

SO ORDERED.

________________________
U.S. District Judge