**DECLARATION OF [redacted]**

I, Pursuant to the authority of 28 U.S.C. § 2241, 1, [redacted] declare as follows:

1. I am over the age of eighteen and am competent to make this declaration. I am an American citizen and the wife of [redacted] who is currently in the custody of U.S. Immigration and Customs Enforcement ("ICE"). We have been married for over 16 years and have three US citizen children together.

2. I make this declaration based on my personal knowledge and information communicated directly to me by my husband, with whom I speak regularly. I most recently spoke with him on the afternoon of November 7, 2026.

3. My husband has been detained since October 28, 2025. He was detained at the Folkston ICE Processing Center in Georgia for approximately one year before being transferred to Louisiana on October 28, 2026, and then to Mesa, Arizona, on Sunday, November 1, 2026. He has suffered heavily during this prolonged detention under such difficult situation that has psychologically affected him to the level of giving all hopes up.

4. My husband told me that, when he was moved from the Folkston ICE Processing Center in Georgia, ICE officials informed him that he was being deported and instructed him to pack his belongings.

5. My husband informed me that, on November 6, 2026, an official of the Iranian government met with him and a group of six other detained men in person in Mesa detention facility in Arizona.

6. According to my husband, the official told the group that ten men and one woman were to be deported at 4:00 a.m. on Sunday, November 8, 2026, to Islamabad, Pakistan, with a refueling stop in the country of Georgia.

7. My husband told me that the official said the individuals had been issued 15-day temporary visas to Pakistan and would be taken to Iran on Tuesday, November 10, 2026, provided that Iranian airspace stays open at that time.

8. My husband told me that he asked to see the flight list. He saw his name on the list, along with the names of ten other Iranian nationals.

9. Based on what my husband has communicated to me, I understand that he is scheduled to be removed from the United States at 4:00 a.m. on November 8, 2026 to Pakistan, with an anticipated onward transfer to Iran on November 10, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2026

[redacted]