**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>MARCO A. RUBIO, in his official capacity as Secretary of State, *et al.*,<br><br>Defendants. | Civil Action No. 26-2375 (ACR) |

**ERRATA TO PLAINTIFF'S NOTICE OF APPARENT VIOLATION OF THE COURT'S OCTOBER 15, 2026 ORDER (ECF NO. [ ])**

Plaintiff respectfully submits this errata to correct Exhibit 2 to Plaintiff's Notice of Apparent Violation of the Court's October 15, 2026 Order (Dkt. 45), filed earlier today as ECF No. 55. Through a clerical error, the document filed as Exhibit 2 (ECF No 55-2) was a version that omitted included personal information. The correct Exhibit 2—the executed Declaration of Yasmine Chubin dated November 8, 2026, with Attachments A–C—is attached to this errata. Plaintiff respectfully requests that the Court disregard ECF No. 55-2 and consider the attached Exhibit 2 in its place. The notice itself and Exhibit 1 are unchanged. Counsel for Defendants have been served through CM/ECF and by email.

Dated: November 8, 2026

Respectfully submitted,

/s/ Ali Rahnama
Ali Rahnama
Bardia Arasteh (admitted pro hac vice)
IRANIAN AMERICAN LEGAL DEFENSE FUND

1901 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
(202) 271-1116
ali.rahnama@ialdf.org
barasteh@ialdf.org

Michael T. Kirkpatrick
Becca Steinberg (admitted pro hac vice)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
mkirkpatrick@citizen.org
bsteinberg@citizen.org

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2026, I caused the foregoing errata and corrected Exhibit 2 to be filed with the Clerk of Court via the CM/ECF system, which will send notice of the filing to all counsel of record, and additionally caused copies to be sent by email to counsel for Defendants.

/s/ Ali Rahnama
Ali Rahnama