**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>MARCO A. RUBIO, in his official capacity as Secretary of State, *et al.*,<br><br>Defendants. | Civil Action No. 26-2375 (ACR) |

**DECLARATION OF YASMINE CHUBIN IN SUPPORT OF PLAINTIFF'S NOTICE OF APPARENT VIOLATION OF THE COURT'S OCTOBER 15, 2026 ORDER (DKT. 45)**

I, Yasmine Chubin, declare as follows pursuant to 28 U.S.C. § 1746:

## I. Introduction, Background, and Basis of Knowledge

1. I am over the age of eighteen and competent to make this declaration. I am an attorney admitted to practice law in the State of New York since 2007, and I have practiced law for approximately nineteen years.

2. Since September 28, 2026, I have served as the Executive Director of the Iranian American Legal Defense Fund ("IALDF"), the plaintiff in this action. I am IALDF's first permanent Executive Director. IALDF is a nonprofit civil rights organization, founded in 2025 by Iranian American lawyers and philanthropists, whose mission is to protect and advance the legal rights of Iranian Americans through advocacy, legal support, and community engagement. As Executive Director, I am responsible for IALDF's programs, including its legal intake and its work with the families of Iranian nationals in immigration detention, and for its relationships with partner organizations and immigration legal service providers.

3. Documenting the experiences of detained Iranian nationals and their families is a core part of IALDF's work. In this action alone, IALDF has submitted sworn declarations from Iranian nationals held at four different immigration detention facilities. *See* Dkts. 40-2 to 40-7, 40-11 to 40-14, 43-2; Oct. 15, 2026 Hr'g Tr. (Dkt. 53) at 3:20–4:1. IALDF obtains this information through direct contact with detainees and their families and through a network of immigration attorneys, accredited representatives, and community organizations that work with Iranian detainees. The information described in Parts II through IV below reached IALDF through those channels on November 7, 2026.

4. I submit this declaration in my capacity as IALDF's Executive Director to place before the Court information IALDF obtained on November 7, 2026, concerning the imminent removal of Iranian nationals from the United States, reportedly scheduled for approximately 4:00 a.m. on November 8, 2026.

5. This declaration is based on my personal knowledge, my direct communications with individuals who have knowledge of the events described, and documents provided to IALDF in the course of my professional responsibilities. Where a statement rests on information received from others or on documents provided to me, I identify the source. I have personally reviewed each document attached to this declaration.

## II. Information Concerning J.K.O.

6. On the evening of November 7, 2026, I spoke directly with JO, a United States citizen whose husband, J.K.O., is an Iranian national in the custody of U.S. Immigration and Customs Enforcement ("ICE") in Arizona.

7. JO told me that her husband had been informed that he is scheduled to be removed from the United States at approximately 4:00 a.m. on November 8, 2026, on a flight to Islamabad, Pakistan, with a refueling stop in the country of Georgia.

8. JO also told me that on November 6, 2026, an official of the Iranian government met in person with her husband and other detainees and told the group that ten men and one woman would be deported on that flight and transferred onward to Iran on November 10, 2026, provided Iranian airspace remained open.

9. JO further told me that her husband asked to see the flight list and saw his own name on it, along with the names of ten other Iranian nationals. JO's signed declaration, dated November 7, 2026, is submitted as Exhibit 1 to the notice that this declaration accompanies. 10. Later on November 7, 2026, I received information from Bethany Thorne, a fully accredited representative at Project Rousseau, concerning an ICE Enforcement and Removal Operations ("ERO") eFile notification relating to J.K.O.. Ms. Thorne told me that her colleague, Andrew Carl Heinrich, had received the notification in connection with his representation of J.K.O..

11. The notification, dated November 7, 2026, at 10:39:36 p.m., identifies J.K.O.; lists the notification type as "Detainee Transfer"; identifies the Florence Service Processing Center as his detention location; and names Mr. Heinrich of Project Rousseau as his representative. A copy of the notification is attached as Attachment A.

12. Ms. Thorne also told me that, at approximately 11:00 p.m. on November 7, 2026, after receiving the ERO notification, her Project Rousseau colleague Samantha Peck contacted JO by text message. In that exchange, JO reported that her husband had just called her and said that ICE was moving him and other Iranian detainees from the Florence Service Processing Center to Mesa,

Arizona. According to Ms. Peck, as relayed to me by Ms. Thorne, J.K.O. was able to speak with his wife for only a few minutes. JO did not know the names or other identifying details of the other detainees, but she understood that approximately ten or eleven Iranian nationals were involved, and she hoped that her husband might be able to call her again from Mesa.

## III. Information Received Through Emma Famili

13. On November 7, 2026, my colleague Emma Famili, IALDF's Assistant Director of Programs, spoke with a volunteer at a nonprofit organization in Arizona that supports immigrants detained at the Eloy Detention Center, and relayed the conversation to me. The volunteer has met weekly, since May 2026, with an Iranian national detained at that facility; their most recent conversation took place on November 2, 2026.

14. The volunteer's signed declaration, dated November 7, 2026, is attached as Attachment B. According to that declaration, the detainee reported that he had been contacted by the Iranian embassy to coordinate his removal from the United States, and that the embassy had initially indicated that a charter flight would depart in mid-November 2026.

15. At their November 2 meeting, the detainee told the volunteer that the flight had likely been moved forward and that the meeting might be their last. He also reported that the Iranian embassy had indicated that thirteen individuals would be on the flight.

16. The detainee further told the volunteer that the flight would travel from Arizona to the country of Georgia, then through Egypt and onward to Pakistan, where the individuals would receive visas before being transferred to Iran.

## IV. Information Concerning Removals Through Pakistan to Iran

17. On November 7, 2026, I received from Alma David, Of Counsel at Novo Legal Group, copies of an email exchange between Shirley Zambrano, counsel for an Iranian national, Mr. G.,

and Bradford C. Patrick, an Assistant United States Attorney and Chief of the Civil Division, concerning Mr. G.'s planned removal from the United States. A copy of the correspondence is attached as Attachment C.

18. In his email to Ms. Zambrano, Mr. Patrick wrote that the information available to him was that Mr. G. was headed to Iran and, citing information from a deportation officer, explained that the removal would occur in two stages: first, a flight to Pakistan, followed by a second flight to Iran.

19. In her reply, dated November 5, 2026, at 2:43 p.m., Ms. Zambrano wrote that she had spoken directly with her client, who confirmed that ICE had told him the previous evening that his destination was Iran, not Pakistan. Ms. Zambrano added that she would hold off on seeking a temporary restraining order unless circumstances changed.

20. The two-stage structure described in that correspondence—a flight to Pakistan followed by onward transfer to Iran—matches what JO described to me concerning her husband's scheduled removal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2026, in Washington, D.C.

______________________________
Yasmine Chubin
Executive Director, Iranian American
Legal Defense Fund

ATTACHMENT A

ERO eFile Notifications

## ERO eFile Notifications

Date of Notification: 2026-11-07 22:39:36

AOR: PHO

Client First Name: [redacted]

Notification Type: Detainee Transfer

Client Last Name: [redacted]

Detention Location: FLORENCE SERVICE PROCESSING CENTER

G-28 Number: [redacted]

Representative Email: [redacted]

Representative Name: [redacted]

ATTACHMENT B

# DECLARATION OF [redacted]

I, [redacted] pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of eighteen and am competent to make this declaration. I am a volunteer with [redacted] a nonprofit organization in Arizona that supports immigrants detained at the Eloy Detention Center in Eloy, Arizona.

2. This declaration is based on my personal knowledge and information [redacted] shared directly with me. [redacted] is in the custody of U.S. Immigration and Customs Enforcement ("ICE"). To my knowledge, his last known location is the Eloy Detention Center. I have met with him weekly since May 2026, most recently on November 2, 2026.

3. [redacted] asylum application was denied before we had begun meeting on a weekly basis. [redacted] has become hopeless since being detained and having several petitions denied.

4. [redacted] told me that he was contacted by the Iranian embassy to coordinate his removal. He told me that the embassy said the charter flight would originally depart in mid-November 2026.

5. During my most recent visit with [redacted] on November 2, 2026, he told me that the flight had likely been moved up and that it may be our last time meeting.

6. [redacted] told me that the embassy disclosed that there would be thirteen individuals on the flight.

7. [redacted] told me that the flight would travel from Arizona to the country of Georgia, then through Egypt and from there to Pakistan, and that the individuals would receive visas to Pakistan before being sent to Iran.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2026, at Tuscon, Arizona.

[redacted]

ATTACHMENT C

actions.

Hi Shirley:

The information I have is that Mr. [redacted] is headed to Iran. You note in the petition that Iran has agreed to accept him, but that there are no direct flights from the U.S. to Iran. According to the deportation officer, his transit to Iran will occur in two stages. First, a flight to Pakistan, followed by a second flight to Iran.

Thank you,

Brad

Bradford C. Patrick

Assistant United States Attorney

Chief, Civil Division

Reply

Forward

**From:** Shirley Zambrano
**Sent:** Thursday, November 5, 2026 2:43 PM
**To:** [redacted]
Bradford.Patrick@usdoj.gov
**Subject:** RE: URGENT: Rule 65 Notice of Emergency TRO Request — [redacted] v. Warden et al., [redacted] cv-011[redacted]-LGW-BWC

Hi Brad,

Thank you for letting me know and for clarifying his travel arrangements. I just spoke with my client, who also confirmed that ICE clarified last night that his destination is Iran, not Pakistan.

Given this new information, I will hold off on submitting a TRO unless the circumstances change.

Thank you,
Shirley

Reply Forward