UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRANIAN AMERICAN LEGAL DEFENSE FUND,

Plaintiff,

v.

MARCO RUBIO, in his official capacity as Secretary of State, et al.,

Defendants.

Civil Action No. 26-2375 (ACR)

**CONSENT MOTION TO EXTEND**

Defendants respectfully move this Court to extend their deadline to file their reply in further support of their Motion to Dissolve (Dkt. 51) by one week, to November 30, 2026. The current deadline is November 23, 2026. Due to matters and deadlines in other pending cases, undersigned counsel requires additional time to discuss this matter with the agency and formulate an appropriate filing for the court's consideration. Pursuant to Local Civil Rule 7(m), the parties conferred, via counsel, and Plaintiff's counsel indicates that Plaintiff opposes the requested relief.

Dated: November 17, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Dimitar P. Georgiev*

DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRANIAN AMERICAN LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, et al.,<br><br>Defendants. | Civil Action No. 26-2375 (ACR) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion to extend, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall file their reply in further support of their Motion to Dissolve (Dkt. 51) on or before November 30, 2026.

SO ORDERED:

______________________
Date

______________________________
ANA C. REYES
United States District Judge